**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
**12/17**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Identify Yourself

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Justin**<br>First name<br><br>**Todd**<br>Middle name<br><br>**Trout**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | **Justin T. Trout** |  |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-7803** |  |

Debtor 1   **Justin Todd Trout**                                                   Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br><br> Include trade names and *doing business as* names | ■ I have not used any business name or EINs. <br><br> _____ <br> Business name(s) <br><br> _____ <br> EINs | ☐ I have not used any business name or EINs. <br><br> _____ <br> Business name(s) <br><br> _____ <br> EINs |
| **5.** **Where you live** | **5721 KY Route 404** <br> **David, KY 41616** <br> Number, Street, City, State & ZIP Code <br><br> **Floyd** <br> County <br><br> **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address: <br><br> _____ <br> Number, Street, City, State & ZIP Code <br><br> _____ <br> County <br><br> **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. <br><br> _____ <br> Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** **Why you are choosing *this district* to file for bankruptcy** | *Check one:* <br><br> ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:* <br><br> ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. <br><br> ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Justin Todd Trout**                                              Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
■ Yes.

| Debtor | **Eastern Air Flow, LLC** | | Relationship to you | **sole member** |
| District | **Eastern District of Kentucky** | When **9/21/18** | Case number, if known | **18-51740-grs** |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

☐ No.    Go to line 12.

■ Yes.    Has your landlord obtained an eviction judgment against you?

■ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    **Justin Todd Trout**                                              Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

☐ No.    Go to Part 4.

☑ Yes.   Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

**See Attachment**
_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Justin Todd Trout**                                    Case number *(if known)*

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Justin Todd Trout**                                    Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

---

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Justin Todd Trout**

_____    _____
**Justin Todd Trout**                                    Signature of Debtor 2
Signature of Debtor 1

Executed on   **November 12, 2018**              Executed on  _____
                MM / DD / YYYY                                        MM / DD / YYYY

Debtor 1    **Justin Todd Trout**                                    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Matthew B. Bunch**                              Date    **November 12, 2018**
Signature of Attorney for Debtor                               MM / DD / YYYY

**Matthew B. Bunch**
Printed name

**Bunch & Brock, PSC**
Firm name

**271 W. Short Street**
**805 Security Trust Building**
**Lexington, KY 40507-1217**
Number, Street, City, State & ZIP Code

Contact phone    **(859) 254-5522**                    Email address    _____

**84931 KY**
Bar number & State

---

Debtor 1    __Justin Todd Trout__                                                                        Case number *(if known)* _____

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Justin Todd Trout** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    EASTERN DISTRICT OF KENTUCKY

Case number
(if known)    _____

☐ Check if this is an
    amended filing

## FORM 101. VOLUNTARY PETITION ATTACHMENT

### Additional Sole Proprietorship(s)

**Eastern Air Flow, LLC**
Name of business, if any

**5721 KY RT 404**
**David, KY 41616**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

■    None of the above

**J.E.T. Investment Limited Liability Comp**
Name of business, if any

**5721 KY Route 404**
**David, KY 41616**
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

■    None of the above

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Justin Todd Trout** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:   Summarize Your Assets**

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B........................................................... | $              0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................................ | $          106,651.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................................... | $          106,651.00 |

**Part 2:   Summarize Your Liabilities**

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $          101,239.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $          155,000.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $        1,436,358.82 |
| **Your total liabilities** | $        1,692,597.82 |

**Part 3:   Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................... | $            3,000.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $            2,906.00 |

**Part 4:   Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Justin Todd Trout**

Case number *(if known)*

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 155,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 155,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Justin Todd Trout** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property
**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☑ No. Go to Part 2.
☐ Yes. Where is the property?

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

| 3.1 | Make: | **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Transit** | ☑ Debtor 1 only | | |
| | Year: | **2013** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **~200,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | **Business vehicle jointly owned with Eastern Airflow, LLC** | | ☐ Check if this is community property (see instructions) | **$5,000.00** | **$5,000.00** |

| 3.2 | Make: | **Ford** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **F150** | ☐ Debtor 1 only | | |
| | Year: | **2014** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **~135,000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☑ At least one of the debtors and another | | |
| | **Valued between $12,000 and $14,000** | | ☐ Check if this is community property (see instructions) | **$13,000.00** | **$13,000.00** |

Debtor 1   **Justin Todd Trout**                                           Case number *(if known)*

| | |
|---|---|
| 3.3 Make: **Toyota** | |
| Model: **Rav4** | |
| Year: **2015** | |
| Approximate mileage: | |
| Other information: | |

**good condition
value is estimated at $20,000
PVA assessed on 8/30/2017 at
$23,575**

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$20,000.00     $20,000.00

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☐ No
- ■ Yes

| | |
|---|---|
| 4.1 Make: **Trailer** | |
| Model: | |
| Year: | |
| Other information: | |

**In November 2017, Debtor was
driving his personal vehicle
(Nissan Titan) and trailer, which
were involved in a
vehicle accident. The Titan and
trailer were totaled and
Nationwide Mutual Insurance
Company took possession of
the them and paid for the trailer
of $7,000 and paid approx.
$50k, being the FMV of the
Titan, to Debtor's lender.
Debtor purchased the trailer
back from the insurance
company. There is no title to
the trailer. This is disclosed
because he put company
stickers on the trailer, but he
owned it personally. This is the
subject of a pending lawsuit.
Trailer's value is est. at $100/**

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   Current value of the portion you own?

$100.00     $100.00

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
    pages you have attached for Part 2. Write that number here...........................................................=>      **$38,100.00**

**Part 3:**   Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?        Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    - ☐ No
    - ■ Yes. Describe.....

Debtor 1    **Justin Todd Trout** _____    Case number *(if known)* _____

> **Regular household goods and items**
> **FMV is $5,000, owned jointly with wife**
>
> **The values listed with regard to all items in Schedule B represent**
> **the debtor(s) best estimate as to the amount the items could be**
> **sold for, used and "as is," to a willing buyer. None of the values**
> **are intended to represent the replacement value, actual cash**
> **value, or any other value of the listed items as defined by any**
> **insurance policy maintained by the debtor(s).**

$2,500.00

---

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes.  Describe.....

> **cell phones, TV, computers, and small misc. items**
> **FMV $1,000, owned jointly with wife**

$500.00

---

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments

   ☑ No
   ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes.  Describe.....

> **Clothes and accessories**
> **FMV $500**
> **Jointly owned with wife**

$250.00

---

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes.  Describe.....

> **Wedding band, 1 Fossil watch and misc. small items**

$250.00

---

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No

---

Official Form 106A/B                     Schedule A/B: Property                     page 3

Debtor 1    **Justin Todd Trout**    Case number *(if known)*

☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................

| | |
|---|---|
| | $3,500.00 |

| **Part 4:** | Describe Your Financial Assets |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes.............................................................................................................

| | |
|---|---|
| **Cash on Hand** | $50.00 |

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes......................

| | Institution name: | |
|---|---|---|
| 17.1. **checking** | **Commonwealth Credit Union checking account currently -$150** | $0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| **100% owner of Eastern Air Flow, LLC, which filed chapter 7 bankruptcy on September 21, 2018 in the United States Bankruptcy Court for the Eastern District of Kentucky, Lexington Division, Case #18-51740-grs** | **100%** | % | $1.00 |
| **100% owner of J.E.T. Investments Limited Liability Company, which owns a warehouse (unfinished, cinder block structure) located at 465 Bucks Branch Road, Martin, KY 41649; Purchase price was approx. $80,000 in 2016 FMV $55,000; PVA is approx. $100,000 Mortgage granted to First Commonwealth Bank Amount owed as of 11/21/2017 is $55,239** | **100%** | % | $55,000.00 |
| **100% owner of Eastern Airflow Ashland, LLC 3401 Winchester Ave Ashland, KY 41101** | | % | $0.00 |

Debtor 1    **Justin Todd Trout**                                      Case number *(if known)*

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
                        Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.
                  Type of account:              Institution name:

   **Pension**                      **Kentucky Retirement System:  debtor was**
                                    **principal at the Millard ATC High School in**
                                    **Pike County for 4 years and may have**
                                    **received and been eligible to receive a**
                                    **retirement. Amount is not currently known**
                                    **but estimated at $10,000**                    **$10,000.00**

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ....................           Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............     Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............     Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**
   ■ No
   ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor 1 | **Justin Todd Trout** | Case number *(if known)* |
|---|---|---|

**30. Other amounts someone owes you**
  *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
       benefits; unpaid loans you made to someone else

  ■ No
  ☐ Yes. Give specific information..

**31. Interests in insurance policies**
  *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

  ■ No
  ☐ Yes. Name the insurance company of each policy and list its value.

|  | Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|---|

**32. Any interest in property that is due you from someone who has died**
  If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
  someone has died.

  ■ No
  ☐ Yes. Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
  *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

  ☐ No
  ■ Yes. Describe each claim.........

| Personal injury claim against Colton Lindsey for causing car accident in November 2017 when he crossed centerline of road and hit Debtor in his 2016 Nissan Titan. Action is pending in Magoffin Circuit Court, Case #18-CI-00020. Plaintiff's attorney is Billy Johnson @ Johnson Law Firm, PO Box 1517, Pikeville, Ky 41502. No trial date is scheduled. | Unknown |
|---|---|

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
  ■ No
  ☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**
  ■ No
  ☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
  for Part 4. Write that number here.......................................................................................................**

| $65,051.00 |
|---|

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37. Do you own or have any legal or equitable interest in any business-related property?**
  ■ No. Go to Part 6.
  ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
         If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
  ■ No. Go to Part 7.
  ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

Debtor 1    **Justin Todd Trout**                                    Case number *(if known)*

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................    | **$0.00** |

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2** ................................................................................................    **$0.00**

56. **Part 2: Total vehicles, line 5**                                        | **$38,100.00** |

57. **Part 3: Total personal and household items, line 15**                    | **$3,500.00** |

58. **Part 4: Total financial assets, line 36**                                | **$65,051.00** |

59. **Part 5: Total business-related property, line 45**                       | **$0.00** |

60. **Part 6: Total farm- and fishing-related property, line 52**              | **$0.00** |

61. **Part 7: Total other property not listed, line 54**            +          | **$0.00** |

62. **Total personal property. Add lines 56 through 61...**     | **$106,651.00** |    Copy personal property total    | **$106,651.00** |

63. **Total of all property on Schedule A/B. Add line 55 + line 62**                              | **$106,651.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Justin Todd Trout** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                      4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2015 Toyota Rav4**<br>**good condition**<br>**value is estimated at $20,000**<br>**PVA assessed on 8/30/2017 at**<br>**$23,575**<br>Line from *Schedule A/B*: **3.3** | **$20,000.00** | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| **Trailer**<br>**In November 2017, Debtor was**<br>**driving his personal vehicle (Nissan**<br>**Titan) and trailer, which were**<br>**involved in a**<br>**vehicle accident. The Titan and trailer**<br>**were totaled and Nationwide Mutual**<br>**Insurance Company took possession**<br>**of the them and paid for t**<br>Line from *Schedule A/B*: **4.1** | **$100.00** | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1   **Justin Todd Trout**

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Regular household goods and items FMV is $5,000, owned jointly with wife**<br><br>**The values listed with regard to all items in Schedule B represent the debtor(s) best estimate as to the amount the items could be sold for, used and "as is," to a willing buyer.**<br>Line from *Schedule A/B*: **6.1** | $2,500.00 | ■ | $2,500.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **cell phones, TV, computers, and small misc. items FMV $1,000, owned jointly with wife**<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ | $500.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Clothes and accessories FMV $500 Jointly owned with wife**<br>Line from *Schedule A/B*: **11.1** | $250.00 | ■ | $250.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Wedding band, 1 Fossil watch and misc. small items**<br>Line from *Schedule A/B*: **12.1** | $250.00 | ■ | $250.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **Cash on Hand**<br>Line from *Schedule A/B*: **16.1** | $50.00 | ■ | $50.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **100% owner of Eastern Air Flow, LLC, which filed chapter 7 bankruptcy on September 21, 2018 in the United States Bankruptcy Court for the Eastern District of Kentucky, Lexington Division, Case #18-51740-grs**<br>**100%**<br>Line from *Schedule A/B*: **19.1** | $1.00 | ■ | $1.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **100% owner of J.E.T. Investments Limited Liability Company, which owns a warehouse (unfinished, cinder block structure) located at 465 Bucks Branch Road, Martin, KY 41649; Purchase price was approx. $80,000 in 2016 FMV $55,000; PVA is approx. $100,000 Mo**<br>Line from *Schedule A/B*: **19.2** | $55,000.00 | ■ | $0.00<br><br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1    **Justin Todd Trout**

_____    Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Pension: Kentucky Retirement System:  debtor was  principal at the Millard ATC High School in Pike County for 4 years and may have received and been eligible to receive a retirement. Amount is not currently known but estimated at $10,000**<br>Line from *Schedule A/B*: **21.1** | $10,000.00 | ■ $10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(10)(E)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 04/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Justin Todd Trout** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space
is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case
number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately
for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As
much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** | Column C<br>**Unsecured**<br>**portion**<br>If any |
|---|---|---|---|---|
| **2.1** | **BB&T Bank** | $18,000.00 | $13,000.00 | $5,000.00 |
| | Creditor's Name | | | |

**Describe the property that secures the claim:**

**2014 Ford F150 ~135,000 miles**
**Valued between $12,000 and**
**$14,000**

**PO Box 1290**
**Whiteville, NC 28472**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that
apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
community debt

■ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| **2.2** | **First Commonwealth**<br>**Bank** | $55,239.00 | $55,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe the property that secures the claim:**

**100% owner of J.E.T. Investments**
**Limited Liability Company, which**
**owns a warehouse (unfinished,**
**cinder block structure) located at**
**465 Bucks Branch Road, Martin, KY**
**41649; Purchase price was approx.**
**$80,000 in 2016**
**FMV $55,000; PVA is appr**

**311 N. Arnold Avenue**
**Prestonsburg, KY**
**41653-1264**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that
apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

■ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1  **Justin Todd Trout**

First Name        Middle Name        Last Name

Case number (if known) _____

☐ Judgment lien from a lawsuit

■ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| 2.3 | **M&T Bank** | Describe the property that secures the claim: | $10,000.00 | $5,000.00 | $5,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**2013 Ford Transit ~200,000 miles Business vehicle jointly owned with Eastern Airflow, LLC**

**PO Box 17292
Baltimore, MD 21203**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| 2.4 | **M&T Bank** | Describe the property that secures the claim: | $18,000.00 | $20,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2015 Toyota Rav4
good condition
value is estimated at $20,000
PVA assessed on 8/30/2017 at
$23,575**

**PO Box 17292
PA 17292**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:  **$101,239.00**
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:  **$101,239.00**

**Part 2:  List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| Fill in this information to identify your case: | |
|---|---|

| Debtor 1 | **Justin Todd Trout** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Erika Trout** | Last 4 digits of account number _____ | **$0.00** | **$0.00** | **$0.00** |
|---|---|---|---|---|---|

Priority Creditor's Name

**PO Box 653**
**Martin, KY 41649**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☑ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**child support of $450 per month.**
**Debtor is current.**
**Listed for purposes of notice only.**

Debtor 1    **Justin Todd Trout**                                                                 Case number (if known)

---

| 2.2 | **Internal Revenue Service** | | **$125,000.0** | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number | **0** | **$125,000.00** | **$0.00** |
| | **PO Box 7346** | | | | |
| | **Philadelphia, PA 19101-7346** | When was the debt incurred? | | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2016 to 2018 - employee withholdings**
**Federal Tax Lien filed in the Floyd County Clerk's**
**Office on July 24, 2017, in Book 88, Page 686, for**
**$57,571.14 for 941 taxes**

---

| 2.3 | **Kentucky Revenue Cabinet** | | | | |
|---|---|---|---|---|---|
| | Priority Creditor's Name | Last 4 digits of account number | **$30,000.00** | **$30,000.00** | **$0.00** |
| | **Attn: Legal Dept - Bankruptcy** | | | | |
| | **PO Box 5222** | When was the debt incurred? | | | |
| | **Frankfort, KY 40602-5222** | | | | |
| | Number Street City State Zip Code | | | | |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2016 to 2018 - employee withholdings**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.** Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.** List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1    **Justin Todd Trout**                                                                                    Case number (if known)

| | | |
|---|---|---|
| **4.1** | **Air Flow Products, Inc.** | Last 4 digits of account number _____ | $1,938.00 |

Nonpriority Creditor's Name

**1001 KY 3057**
**Somerset, KY 42501**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **business debt.**
**Debtor may be personally liable for the debt**

---

| | | |
|---|---|---|
| **4.2** | **Appalachian Wireless** | Last 4 digits of account number _____ | $3,000.00 |

Nonpriority Creditor's Name

**Attn:  any Officer**
**PO Box 630734**
**Cincinnati, OH 45263-0734**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **wireless service for business: Eastern Air Flow, LLC**
**Debtor believes he may be personally liable as guarantor for this debt.**

---

| | | |
|---|---|---|
| **4.3** | **Carrier Enterprise, LLC** | Last 4 digits of account number  4817 | $7,847.00 |

Nonpriority Creditor's Name

**P.O. Box 32156**
**New York, NY 10087-2156**
Number Street City State Zip Code

When was the debt incurred?  _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **business debt for Eastern Air Flow, LLC**
**Debtor believes he may be personally liable as guarantor for this debt.**

---

Debtor 1    **Justin Todd Trout**                                                    Case number *(if known)*

| 4.4 | **Cintas Corp.** | | Last 4 digits of account number | **5275** | | $7,487.00 |

Nonpriority Creditor's Name

**P.O. Box 630910**
**Cincinnati, OH 45263-0910**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **business debt for Eastern Air Flow, LLC Debtor believes he may be personally liable as guarantor for this debt.**

---

| 4.5 | **Citizens Bank of Kentucky** | | Last 4 digits of account number | | | $6,576.00 |

Nonpriority Creditor's Name

**c/o Jill Hall Rose, Esq.**
**154 N. Ashland Ave.**
**Lexington, KY 40502**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **business debt of Eastern Air Flow LLC. Debtor is personally liable for this debt via guaranty**

Debtor 1    **Justin Todd Trout** _____    Case number (*if known*) _____

| | | |
|---|---|---|
| **4.6** | **Clayton E. Holland, Jr.** | **Last 4 digits of account number** _____    **Unknown** |

Nonpriority Creditor's Name

**106 Scott Perry Drive**

**Paintsville, KY 41240**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**terminated lease dated November 2, 2015 of premises located at 3757 S. Highway US23, Prestonsburg, KY 41653.
business debt for Eastern Air Flow, LLC Debtor believes he may be personally liable as guarantor for this debt.**

☐ Yes

■ Other. Specify

---

| | | |
|---|---|---|
| **4.7** | **Commonwealth Credit Union** | **Last 4 digits of account number** _____    **$150.00** |

Nonpriority Creditor's Name

**PO Box 978**

**Frankfort, KY 40602-0978**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **negative checking account balance**

Debtor 1    **Justin Todd Trout**

Case number (if known)

---

| 4.8 | **Corken Steele Products** | Last 4 digits of account number | $24,000.00 |

Nonpriority Creditor's Name

**c/o Robert Richardson**
**7920 Kentucky Drive**
**Florence, KY 41042**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **debt owed**
**NSF checks**
**business debt for Eastern Air Flow, LLC**
**Debtor believes he may be personally liable as guarantor for this debt.**

---

| 4.9 | **Discover Bank** | Last 4 digits of account number | $2,500.00 |

Nonpriority Creditor's Name

**PO Box 30943**
**Salt Lake City, UT 84130-0943**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **personal credit card**

---

| 4.10 | **Eastern Air Flow, LLC** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**5721 KY RT 404**
**David, KY 41616**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Potential claims, if any, by Debtor's company**
**Listed for purposes of notice only**

---

Debtor 1   **Justin Todd Trout**

Case number (if known) _____

| 4.1 |  |  |  |
|---|---|---|---|

**4.1**
**1**

| **EKB-TV** | Last 4 digits of account number | **0245** | **$2,001.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 2200**
**Pikeville, KY 41502**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

**Advertising fees for business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

☐ Yes

■ Other. Specify

---

**4.1**
**2**

| **Ferguson Enterprises** | Last 4 digits of account number | | **$876,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**fdba Brock McVey**
**c/o True Guarnieri Ayer LLP**
**124 Clinton Street**
**Frankfort, KY 40601**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

**collection action filed in September 2018 alleging fradulent transfers to Eastern Air Flow of Kentucky, LLC, recently incorporated and owned by Taylor M. Trout, however, no assets were transferred to or used by it.**

☐ Yes

■ Other. Specify

---

Debtor 1   **Justin Todd Trout**

Case number (if known) _____

| | |
|---|---|
| **4.1**<br>**3** | |

**FESCO**

Nonpriority Creditor's Name

**868 Dr. W.J. Hodge Street**
**Louisville, KY 40210**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **1817**    $8,885.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **labor supplies for business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

---

| | |
|---|---|
| **4.1**<br>**4** | |

**Fire Alarm & Security System Co**

Nonpriority Creditor's Name

**c/o Bornstein& Bornstein PSC**
**4018 Bishop Lane**
**Louisville, KY 40218**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $9,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **collection for business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Justin Todd Trout** _____    Case number (if known) _____

| | | |
|---|---|---|
| 4.1 5 | **First Commonwealth Bank** | Last 4 digits of account number | **1967** | **$53,857.59** |

Nonpriority Creditor's Name

**3112 N. Arnold Avenue**
**Prestonsburg, KY 41653-1260**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **unpaid balance owed by Eastern Air Flow, LLC and secured on Debtor's real estate of warehouse, located in Prestonsburg, KY, valued at approx. $50,000**

---

| | | |
|---|---|---|
| 4.1 6 | **Floyd Cty Broadcasting - WMDJ FM-100** | Last 4 digits of account number | **5480** | **Unknown** |

Nonpriority Creditor's Name

**P.O. Box 1530**
**Martin, KY 41649**

When was the debt incurred? _____

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Advertising fees for business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

Debtor 1    **Justin Todd Trout**                                      Case number *(if known)*_____

| | | |
|---|---|---|
| **4.1 7** | **Foundation Finance Company** | Last 4 digits of account number _____ **Unknown** |

Nonpriority Creditor's Name
**PO Box 437**
**Schofield, WI 54476**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **unpaid contracts for business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

---

| | | |
|---|---|---|
| **4.1 8** | **FTL Capital Partners, LLC** | Last 4 digits of account number **5147** $12,964.45 |

Nonpriority Creditor's Name
**aka FTL Finance**
**c/o Lathrop Gage - Ben C. Struby**
**2345 Grand Blvd., Suite 2200**
**Kansas City, MO 64108-2618**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **unpaid contracts for business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

Debtor 1   **Justin Todd Trout** _____   Case number (if known) _____

| | | |
|---|---|---|
| **4.19** | | |

| | | | |
|---|---|---|---|
| **Gilson Plaza, LLC** | | Last 4 digits of account number _____ | **$14,000.00** |
| Nonpriority Creditor's Name | | | |
| **418 Adair Road** | | When was the debt incurred? _____ | |
| **Lexington, KY 40502** | | | |
| Number Street City State Zip Code | | As of the date you file, the claim is: Check all that apply | |
| Who incurred the debt? Check one. | | | |
| ☐ Debtor 1 only | | ☐ Contingent | |
| ☐ Debtor 2 only | | ☐ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | | ☐ Disputed | |
| ■ At least one of the debtors and another | | Type of NONPRIORITY unsecured claim: | |
| ☐ Check if this claim is for a community debt | | ☐ Student loans | |
| Is the claim subject to offset? | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ■ No | | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | | **lease of premises located at 1066 E. New Circle Road, Suite 1, Lexington, KY, dated November 1, 2016. Lease is a 3 year lease through Oct 31, 2019. Rent was paid through end of August 2018 @ $1,000 per month. Personal Liability via guaranty** | |
| ☐ Yes | | ■ Other. Specify | |

| | | |
|---|---|---|
| **4.20** | | |

| | | | |
|---|---|---|---|
| **GPS Insight** | | Last 4 digits of account number _____ | **$6,739.00** |
| Nonpriority Creditor's Name | | | |
| **7201 E. Henkel Way #400** | | When was the debt incurred? _____ | |
| **Scottsdale, AZ 85255** | | | |
| Number Street City State Zip Code | | As of the date you file, the claim is: Check all that apply | |
| Who incurred the debt? Check one. | | | |
| ☐ Debtor 1 only | | ☐ Contingent | |
| ☐ Debtor 2 only | | ☐ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | | ☐ Disputed | |
| ■ At least one of the debtors and another | | Type of NONPRIORITY unsecured claim: | |
| ☐ Check if this claim is for a community debt | | ☐ Student loans | |
| Is the claim subject to offset? | | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ■ No | | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | | **collections for business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.** | |
| ☐ Yes | | ■ Other. Specify | |

Debtor 1   **Justin Todd Trout** _____   Case number (if known) _____

| 4.2<br>1 | **Gray Television Group, Inc.** | **Last 4 digits of account number** _____ | **$3,620.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**1801 Halstead Blvd**
**Tallahassee, FL 32309**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No


☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**Advertising fees - WKYT; WYMT for business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable**
■ Other. Specify **as guarantor for this debt.**

---

| 4.2<br>2 | **Hajoca Corporation** | **Last 4 digits of account number** _____ | **$13,620.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o David O'Brien, Attorney @ Dal, Inc.**
**PO Box 162**
**Clifton Heights, PA 19018**

**When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No


☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

**debt owed for business debt for Eastern Air Flow, LLC. Debtor believes he may be**
■ Other. Specify **personally liable as guarantor for this debt.**

Debtor 1   **Justin Todd Trout**                                                                Case number *(if known)* _____

---

**4.2
3**

**Hazard Fire & Safety**

Nonpriority Creditor's Name

**3962 KY 15**
**KY 41707**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  _____        $3,000.00

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **fees for business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

---

**4.2
4**

**Highlands Physical Therapy**

Nonpriority Creditor's Name

**83 Dewey Street**
**Prestonsburg, KY 41653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  _____        $861.00

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **medical services rendered**

---

**4.2
5**

**Highlands Regional Medical Center**

Nonpriority Creditor's Name

**PO Box 668**
**Prestonsburg, KY 41653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  _____        $8,742.00

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **medical services rendered**
**$6,056 and $2,686**

---

Debtor 1   **Justin Todd Trout**                                    Case number (if known) _____

| | | |
|---|---|---|

**4.26** **Hughes Supply**                          Last 4 digits of account number _____        **$10,900.00**

Nonpriority Creditor's Name
**990 Pedigo Way**                                  When was the debt incurred? _____
**Bowling Green, KY 42103**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community           ☐ Student loans
debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                    **collection for business debt for Eastern Air
                                                    Flow, LLC. Debtor believes he may be
☐ Yes                                    ■ Other. Specify **personally liable as guarantor for this debt.**

---

**4.27** **Jackson Systems, LLC**                   Last 4 digits of account number _____        **$5,900.00**

Nonpriority Creditor's Name
**5418 Elmwood Ave.**                               When was the debt incurred? _____
**Indianapolis, IN 46203-6025**
Number Street City State Zip Code                   As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                     ☐ Contingent
☐ Debtor 2 only                                     ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ☐ Disputed
■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a community           ☐ Student loans
debt**                                              ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                 report as priority claims
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                    **collection for business debt for Eastern Air
                                                    Flow, LLC. Debtor believes he may be
☐ Yes                                    ■ Other. Specify **personally liable as guarantor for this debt.**

Debtor 1   **Justin Todd Trout**                                    Case number (if known) _____

| 4.2 8 | **Kentucky Employer's Mutual Insurance Co** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**c/o John E. Hinkel, Jr., Esq.
Fowler Bell PLLC
300 W. Vine Street, #600
Lexington, KY 40507**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **collection of a debt in Fayette Circuit Court Case #16-CI-3315 for business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

---

| 4.2 9 | **Kentucky Labor Cabinet** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**Dept. of Workers' Claims
657 Chamberlin Ave.
Frankfort, KY 40601**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **citation and civil penalty, abated, balance less than demand letter dated January 31, 2018 of $14,000 for business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

---

Debtor 1   **Justin Todd Trout**

Case number *(if known)* _____

---

| 4.30 | **KochAir** | Last 4 digits of account number | **0115** | **$330.00** |

Nonpriority Creditor's Name
**1900 W. Lloyd Expressway**
**Evansville, IN 47712**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

---

| 4.31 | **Martin Gas, Inc.** | Last 4 digits of account number | **0076** | **$1,583.00** |

Nonpriority Creditor's Name
**P.O. Box 783**
**Hindman, KY 41822**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

---

| 4.32 | **Modern Construction, Inc.** | Last 4 digits of account number | | **$1,806.00** |

Nonpriority Creditor's Name
**P.O. Box 187**
**Stanville, KY 41659**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

---

Debtor 1  **Justin Todd Trout**                                            Case number (if known)

---

**4.3
3**

**National Pen Company**                              Last 4 digits of account number _____      **$417.00**

Nonpriority Creditor's Name
**P.O. Box 847203**                                   When was the debt incurred?  _____
**Dallas, TX 75284-7203**
Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                       ☐ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
                                                      **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another
                                                      ☐ Student loans
**☐ Check if this claim is for a community
debt**                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                      report as priority claims
**Is the claim subject to offset?**
                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                      **business debt for Eastern Air Flow, LLC.
                                                      Debtor believes he may be personally liable**
☐ Yes                             ■ Other. Specify    **as guarantor for this debt.**

---

**4.3
4**

**Nationwide**                                        Last 4 digits of account number _____      **$10,000.00**

Nonpriority Creditor's Name
**328 High Land Park Dr.**                             When was the debt incurred?  _____
**Richmond, KY 40475**
Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                       ☐ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
                                                      **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another
                                                      ☐ Student loans
**☐ Check if this claim is for a community
debt**                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                      report as priority claims
**Is the claim subject to offset?**
                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                      **business debt for Eastern Air Flow, LLC.
                                                      Debtor believes he may be personally liable**
☐ Yes                             ■ Other. Specify    **as guarantor for this debt.**

---

**4.3
5**

**Premier Capital Funding, LLC**                       Last 4 digits of account number _____      **$92,143.00**

Nonpriority Creditor's Name
**9265 4th Ave.**                                      When was the debt incurred?  _____
**Brooklyn, NY 11209**
Number Street City State Zip Code                     As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                       ☐ Contingent
☐ Debtor 2 only                                       ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                          ☐ Disputed
                                                      **Type of NONPRIORITY unsecured claim:**
■ At least one of the debtors and another
                                                      ☐ Student loans
**☐ Check if this claim is for a community
debt**                                                ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                      report as priority claims
**Is the claim subject to offset?**
                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                      **business debt of Eastern Air Flow LLC.
                                                      Debtor believes he is personally liable via**
☐ Yes                             ■ Other. Specify    **guaranty**

---

Debtor 1   **Justin Todd Trout**                                                Case number *(if known)* _____

---

| 4.3 6 | **Prestonsburg Primary Care** | Last 4 digits of account number ___ ___ ___ ___ | $323.00 |

Nonpriority Creditor's Name
**535 N. Lake Drive**
**Prestonsburg, KY 41653**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **medical services rendered**

---

| 4.3 7 | **R.E. Michel Company** | Last 4 digits of account number ___ ___ ___ ___ | $95,795.00 |

Nonpriority Creditor's Name
**One R.E. Michel Drive**
**Glen Burnie, MD 21060**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **collection for business debt for Eastern Air Flow, LLC. Judgment Lien filed on 6/11/2018 in Book 91, Page 696 in Floyd County Clerk's Office.**

---

| 4.3 8 | **R.L. Craig Company, Inc.** | Last 4 digits of account number ___ ___ ___ ___ | $38,524.00 |

Nonpriority Creditor's Name
**11524 Commonwealth Drive**
**Louisville, KY 40299**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **collection for business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

---

Debtor 1   **Justin Todd Trout**                                                   Case number (if known) _____

---

| 4.39 | **Sinclair Broadcast Group - WDKY** | Last 4 digits of account number | **1533** | $1,500.00 |

Nonpriority Creditor's Name
**P.O. Box 206270**
**Dallas, TX 75320-6270**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                     ☐ Contingent

☐ Debtor 1 and Debtor 2 only                        ☐ Unliquidated

                                                    ☐ Disputed
■ At least one of the debtors and another

**Check if this claim is for a community**          **Type of NONPRIORITY unsecured claim:**
**debt**                                            ☐ Student loans

**Is the claim subject to offset?**                 ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                    report as priority claims
■ No
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                    **Advertising for business debt for Eastern**
                                                    **Air Flow, LLC. Debtor believes he may be**
☐ Yes                              ■ Other. Specify **personally liable as guarantor for this debt.**

---

| 4.40 | **Square Capital** | Last 4 digits of account number | | $10,000.00 |

Nonpriority Creditor's Name
**1455 Market Street, #600**
**San Francisco, CA 94103**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                     ☐ Contingent

☐ Debtor 1 and Debtor 2 only                        ☐ Unliquidated

                                                    ☐ Disputed
■ At least one of the debtors and another

☐ Check if this claim is for a community            **Type of NONPRIORITY unsecured claim:**
**debt**                                            ☐ Student loans

**Is the claim subject to offset?**                 ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                    report as priority claims
■ No
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                    **fees owed for business debt for Eastern Air**
                                                    **Flow, LLC. Debtor believes he may be**
☐ Yes                              ■ Other. Specify **personally liable as guarantor for this debt.**

---

| 4.41 | **State Electric Supply** | Last 4 digits of account number | | $1,135.00 |

Nonpriority Creditor's Name
**PO Box 890889**
**Charlotte, NC 28289**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                     ☐ Contingent

☐ Debtor 1 and Debtor 2 only                        ☐ Unliquidated

                                                    ☐ Disputed
■ At least one of the debtors and another

☐ Check if this claim is for a community            **Type of NONPRIORITY unsecured claim:**
**debt**                                            ☐ Student loans

**Is the claim subject to offset?**                 ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                    report as priority claims
■ No
                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                    **debt owed for business debt for Eastern Air**
                                                    **Flow, LLC. Debtor believes he may be**
☐ Yes                              ■ Other. Specify **personally liable as guarantor for this debt.**

---

Debtor 1   **Justin Todd Trout**                                                                                          Case number (if known) _____

| | | | | |
|---|---|---|---|---|

**4.4 2**

**Sujata Gutti**                                                    Last 4 digits of account number _____                                          **$3,502.00**
Nonpriority Creditor's Name
**515 S. Bypass Road, #101**                              When was the debt incurred? _____
**Pikeville, KY 41501**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

■ Debtor 1 only                                              ☐ Contingent
☐ Debtor 2 only                                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
☐ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community**       ☐ Student loans
**debt**                                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                          report as priority claims

■ No                                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                               ■ Other. Specify    **medical services rendered**

---

**4.4 3**

**Sunbelt Rentals**                                            Last 4 digits of account number   **1829**                                         **$6,046.00**
Nonpriority Creditor's Name
**PO Box 410968**                                          When was the debt incurred? _____
**Charlotte, NC 28241**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                              ☐ Contingent
☐ Debtor 2 only                                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community**       ☐ Student loans
**debt**                                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                          report as priority claims

■ No                                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                                          **business debt of Eastern Air Flow LLC.**
                                                                          **Debtor believes he may be personally liable**
                                                                          **for the debt via guaranty. Amount is**
☐ Yes                                                     ☐ Other. Specify  **estimated**

---

**4.4 4**

**The UPS Store**                                             Last 4 digits of account number _____                                          **$4,503.00**
Nonpriority Creditor's Name
**4145 N. Mayo Trail**                                     When was the debt incurred? _____
**Pikeville, KY 41501**
Number Street City State Zip Code                    As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only                                              ☐ Contingent
☐ Debtor 2 only                                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                         ☐ Disputed
■ At least one of the debtors and another       **Type of NONPRIORITY unsecured claim:**
**☐ Check if this claim is for a  community**       ☐ Student loans
**debt**                                                               ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                          report as priority claims

■ No                                                                ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                                          **business debt for Eastern Air Flow, LLC.**
                                                                          **Debtor believes he may be personally liable**
☐ Yes                                                     ■ Other. Specify  **as guarantor for this debt.**

---

Debtor 1    **Justin Todd Trout**                                                    Case number (if known)

| 4.4 5 | **Thermal Equipment Sales, Inc.** | Last 4 digits of account number    **AS08** | $3,100.00 |

Nonpriority Creditor's Name

**680 Bizzell Drive**
**Lexington, KY 40510**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

---

| 4.4 6 | **Trane Supply** | Last 4 digits of account number | $400.00 |

Nonpriority Creditor's Name

**115 49th Street**
**Brooklyn, NY 11232**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **collection for business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

---

| 4.4 7 | **UK Healthcare** | Last 4 digits of account number | $513.00 |

Nonpriority Creditor's Name

**Department of Patient Accounts**
**Room A101**
**1000 South Limestone, Pavilion A**
**Lexington, KY 40536**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **medical services rendered**

---

Debtor 1   **Justin Todd Trout**                                              Case number (if known)

---

| 4.4 8 | **UMG** | | Last 4 digits of account number | | **$2,500.00** |

Nonpriority Creditor's Name
**241 Covington Drive**
**Bloomingdale, IL 60108**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **medical services rendered**

---

| 4.4 9 | **US Bank** | | Last 4 digits of account number | **x509** | **$10,165.00** |

Nonpriority Creditor's Name
**PO Box 790179**
**Saint Louis, MO 63179-0179**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **business debt with Eastern Air Flow LLC**

---

| 4.5 0 | **US Bank** | | Last 4 digits of account number | **4311** | **$380.78** |

Nonpriority Creditor's Name
**PO Box 6335**
**Fargo, ND 58125-6335**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **personal credit card**

---

Debtor 1    **Justin Todd Trout**

Case number (if known) _____

---

| 4.5 1 | **US Bank** | | Last 4 digits of account number | **x195** | | **$1,707.00** |

Nonpriority Creditor's Name

**Lexington/Central KY - Indirect Lending**
**PO Box 790179**
**Saint Louis, MO 63179-0179**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **personal credit card**

---

| 4.5 2 | **US Bank** | | Last 4 digits of account number | **4311** | | **$151.00** |

Nonpriority Creditor's Name

**Cardmember Services**
**PO Box 6352**
**Fargo, ND 58125-6352**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **personal credit card**

---

| 4.5 3 | **US Bank Business Edge Platinum Card** | | Last 4 digits of account number | **6263** | | **$843.00** |

Nonpriority Creditor's Name

**Cardmember Services**
**PO Box 6353**
**Fargo, ND 58125-6353**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **business debt and debtor is personally liable**

---

Debtor 1  **Justin Todd Trout**                                               Case number (if known) _____

---

| 4.5 4 | **US Bank NA** | Last 4 digits of account number  **x516** | **$18,000.00** |

Nonpriority Creditor's Name
**PO Box 3427**
**Oshkosh, WI 54903**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**lien on 2014 Dodge Ram ProMaster, lien filed on 2/3/2015 in Floyd County Clerk's Office, which vehicle is owned by Eastern Airflow, LLC.**
**Debtor is personally liable for this business**

☐ Yes                                ■ Other. Specify  **debt.**

---

| 4.5 5 | **US Bank NA** | Last 4 digits of account number _____ | **$10,000.00** |

Nonpriority Creditor's Name
**PO Box 3427**
**Oshkosh, WI 54903**

When was the debt incurred? _____

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

**2016 Nissan Titan**
**deficiency claim on totaled vehicle from**
☐ Yes                                ■ Other. Specify  **November 2017 accident**

---

Debtor 1    **Justin Todd Trout**

Case number (if known) _____

| | | |
|---|---|---|
| 4.5 6 | **Valassis Direct Mail** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**14550 Torrey Chase Blvd. #500**
**Houston, TX 77040**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

---

| | | |
|---|---|---|
| 4.5 7 | **Verizon Wireless** | Last 4 digits of account number  **0001** | $1,385.00 |

Nonpriority Creditor's Name

**524 W. New Circle Road, Ste. 100**
**Lexington, KY 40511**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **collection for business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

---

| | | |
|---|---|---|
| 4.5 8 | **W. Va. Electric Supply Co.** | Last 4 digits of account number _____ | $4,562.00 |

Nonpriority Creditor's Name

**250 12th Street West**
**Huntington, WV 25704**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

---

Debtor 1    **Justin Todd Trout**                                              Case number *(if known)*

---

| 4.5 9 | **WDOC, Inc.** | **Last 4 digits of account number** _____ | **$495.00** |

Nonpriority Creditor's Name

**P.O. Box 345**
**Prestonsburg, KY 41653**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

---

| 4.6 0 | **Wells Fargo Bank, NA** | **Last 4 digits of account number** _____ | **$29,532.00** |

Nonpriority Creditor's Name

**c/o Millsap & Singer LLC**
**612 Spirit Drive**
**Chesterfield, MO 63005**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **collection of a debt for business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

---

Debtor 1   **Justin Todd Trout**

Case number (if known) _____

| 4.6 1 | **Whayne Supply Company** | Last 4 digits of account number | **4509** | $935.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**10001 Linn Station Road**
**Louisville, KY 40232**

Number Street City State ZIp Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

---

| 4.6 2 | **WQHY-FM** | Last 4 digits of account number | **3055** | $495.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 345**
**Prestonsburg, KY 41653**

Number Street City State ZIp Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Advertising fees for business debt for Eastern Air Flow, LLC. Debtor believes he may be personally liable as guarantor for this debt.**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Adam S. Hall, Esq.**
**Vanover Hall & Bartley PSC**
**126 Trivette Drive, #302**
**Pikeville, KY 41501**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.44** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name and Address
**Brock McVey**
**PO Box 55487**
**Lexington, KY 40555**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name and Address
**Ernest V. Thomas III**
**Thomas & Thomas Attorneys at Law**
**2323 Park Ave.**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Justin Todd Trout**                                                      Case number (if known) _____

**Cincinnati, OH 45206**

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Gray Television Group<br>dba WKYT and WYMT<br>4370 Peachtree Road NE<br>Atlanta, GA 30319** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.21** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**I C System Collections<br>PO Box 64437<br>St. Paul, MN 55164-0437** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.57** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**James D. Lyon<br>Chapter 7 Trustee<br>100 E. Vine Street, #404<br>Lexington, KY 40507** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Phil Allen, Attorney<br>Richard James & Assoc.<br>4317 NE Thurton Way, #270<br>Vancouver, WA 98662** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.20** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Rich Fatalo, Attorney<br>400 W. cummings Park, Ste 4450<br>Woburn, MA 01801** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.56** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Thomas & Thomas Attorneys at Law<br>2323 Park Ave.<br>Cincinnati, OH 45206** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.37** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**UK HealthCare<br>PO Box 1688<br>Lexington, KY 40588-1688** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.47** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Wells Fargo<br>Consumer Credit Services<br>PO Box 51193<br>Los Angeles, CA 90051-5493** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.60** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Wells Fargo Bank<br>800 Walnut, 6th Floor<br>Des Moines, IA 50309** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.60** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Wells Fargo Corporate Office<br>420 Montgomery Street<br>San Francisco, CA 94104** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.60** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

Debtor 1   **Justin Todd Trout**                                                                  Case number (if known)

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 155,000.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 155,000.00 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 1,436,358.82 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 1,436,358.82 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Justin Todd Trout** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**

    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |
| **2.1** _____ | |
| Name | |
| Number    Street | |
| City          State      ZIP Code | |
| **2.2** _____ | |
| Name | |
| Number    Street | |
| City          State      ZIP Code | |
| **2.3** _____ | |
| Name | |
| Number    Street | |
| City          State      ZIP Code | |
| **2.4** _____ | |
| Name | |
| Number    Street | |
| City          State      ZIP Code | |
| **2.5** _____ | |
| Name | |
| Number    Street | |
| City          State      ZIP Code | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Justin Todd Trout** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number | _____ |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.8__<br>☐ Schedule G _____<br>**Corken Steele Products** |
| 3.2 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G _____<br>**Clayton E. Holland, Jr.** |
| 3.3 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.4__<br>☐ Schedule G _____<br>**Cintas Corp.** |

Debtor 1    **Justin Todd Trout**

Case number *(if known)*

---

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.4 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**Carrier Enterprise, LLC** |
| 3.5 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**Appalachian Wireless** |
| 3.6 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.11__<br>☐ Schedule G _____<br>**EKB-TV** |
| 3.7 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.12__<br>☐ Schedule G _____<br>**Ferguson Enterprises** |
| 3.8 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.13__<br>☐ Schedule G _____<br>**FESCO** |
| 3.9 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>**Fire Alarm & Security System Co** |
| 3.10 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.15__<br>☐ Schedule G _____<br>**First Commonwealth Bank** |
| 3.11 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.16__<br>☐ Schedule G _____<br>**Floyd Cty Broadcasting - WMDJ FM-100** |

---

Official Form 106H

Schedule H: Your Codebtors

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor 1 | **Justin Todd Trout** | | Case number *(if known)* | |

---

|  | **Additional Page to List More Codebtors** |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.12 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>**FTL Capital Partners, LLC** |
| 3.13 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.19__<br>☐ Schedule G _____<br>**Gilson Plaza, LLC** |
| 3.14 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.20__<br>☐ Schedule G _____<br>**GPS Insight** |
| 3.15 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.21__<br>☐ Schedule G _____<br>**Gray Television Group, Inc.** |
| 3.16 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>**Hajoca Corporation** |
| 3.17 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>**Hazard Fire & Safety** |
| 3.18 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>**Hughes Supply** |
| 3.19 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**Jackson Systems, LLC** |

Debtor 1    **Justin Todd Trout**                                        Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.20    **Eastern Air Flow, LLC**
        **5721 KY RT 404**
        **David, KY 41616**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.28___
☐ Schedule G _____
**Kentucky Employer's Mutual Insurance Co**

---

3.21    **Eastern Air Flow, LLC**
        **5721 KY RT 404**
        **David, KY 41616**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.29___
☐ Schedule G _____
**Kentucky Labor Cabinet**

---

3.22    **Eastern Air Flow, LLC**
        **5721 KY RT 404**
        **David, KY 41616**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.30___
☐ Schedule G _____
**KochAir**

---

3.23    **Eastern Air Flow, LLC**
        **5721 KY RT 404**
        **David, KY 41616**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.31___
☐ Schedule G _____
**Martin Gas, Inc.**

---

3.24    **Eastern Air Flow, LLC**
        **5721 KY RT 404**
        **David, KY 41616**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.32___
☐ Schedule G _____
**Modern Construction, Inc.**

---

3.25    **Eastern Air Flow, LLC**
        **5721 KY RT 404**
        **David, KY 41616**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.33___
☐ Schedule G _____
**National Pen Company**

---

3.26    **Eastern Air Flow, LLC**
        **5721 KY RT 404**
        **David, KY 41616**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.34___
☐ Schedule G _____
**Nationwide**

---

3.27    **Eastern Air Flow, LLC**
        **5721 KY RT 404**
        **David, KY 41616**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.37___
☐ Schedule G _____
**R.E. Michel Company**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Justin Todd Trout** | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.28 **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.38__<br>☐ Schedule G _____<br>**R.L. Craig Company, Inc.** |
| 3.29 **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.39__<br>☐ Schedule G _____<br>**Sinclair Broadcast Group - WDKY** |
| 3.30 **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.40__<br>☐ Schedule G _____<br>**Square Capital** |
| 3.31 **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.41__<br>☐ Schedule G _____<br>**State Electric Supply** |
| 3.32 **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.44__<br>☐ Schedule G _____<br>**The UPS Store** |
| 3.33 **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.45__<br>☐ Schedule G _____<br>**Thermal Equipment Sales, Inc.** |
| 3.34 **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.46__<br>☐ Schedule G _____<br>**Trane Supply** |
| 3.35 **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.54__<br>☐ Schedule G _____<br>**US Bank NA** |

| Debtor 1 | **Justin Todd Trout** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.36 **Eastern Air Flow, LLC**<br>5721 KY RT 404<br>David, KY 41616 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.56___<br>☐ Schedule G _____<br>**Valassis Direct Mail** |
| 3.37 **Eastern Air Flow, LLC**<br>5721 KY RT 404<br>David, KY 41616 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.57___<br>☐ Schedule G _____<br>**Verizon Wireless** |
| 3.38 **Eastern Air Flow, LLC**<br>5721 KY RT 404<br>David, KY 41616 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.58___<br>☐ Schedule G _____<br>**W. Va. Electric Supply Co.** |
| 3.39 **Eastern Air Flow, LLC**<br>5721 KY RT 404<br>David, KY 41616 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.59___<br>☐ Schedule G _____<br>**WDOC, Inc.** |
| 3.40 **Eastern Air Flow, LLC**<br>5721 KY RT 404<br>David, KY 41616 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.60___<br>☐ Schedule G _____<br>**Wells Fargo Bank, NA** |
| 3.41 **Eastern Air Flow, LLC**<br>5721 KY RT 404<br>David, KY 41616 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.61___<br>☐ Schedule G _____<br>**Whayne Supply Company** |
| 3.42 **Eastern Air Flow, LLC**<br>5721 KY RT 404<br>David, KY 41616 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.62___<br>☐ Schedule G _____<br>**WQHY-FM** |
| 3.43 **Eastern Air Flow, LLC**<br>5721 KY RT 404<br>David, KY 41616 | ■ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**BB&T Bank** |

| Debtor 1 | **Justin Todd Trout** | Case number *(if known)* |
|---|---|---|

---

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.44 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ■ Schedule D, line ___2.3___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**M&T Bank** |
| 3.45 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.5___<br>☐ Schedule G _____<br>**Citizens Bank of Kentucky** |
| 3.46 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.35___<br>☐ Schedule G _____<br>**Premier Capital Funding, LLC** |
| 3.47 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.43___<br>☐ Schedule G _____<br>**Sunbelt Rentals** |
| 3.48 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.49___<br>☐ Schedule G _____<br>**US Bank** |
| 3.49 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.53___<br>☐ Schedule G _____<br>**US Bank Business Edge Platinum Card** |
| 3.50 | **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>**Air Flow Products, Inc.** |
| 3.51 | **J.E.T. Investments LLC**<br>**5721 KY Route 404**<br>**David, KY 41616** | ■ Schedule D, line ___2.2___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**First Commonwealth Bank** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Justin Todd Trout** |
| Debtor 2<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number<br>(If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter
13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                                12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:        Describe Employment

| 1. **Fill in your employment information.** | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☐ Employed<br>■ Not employed | ■ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | **unemployed since Aug 31, 2018** | **Self-employed** |
| Occupation may include student or homemaker, if it applies. | **Employer's name** | | **Eastern Air Flow of Kentucky, LLC** |
| | **Employer's address** | | **807 E. Main Street<br>Richmond, KY 40475** |
| | **How long employed there?** | | **since August 9, 2018** |

### Part 2:        Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or<br>non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $          **0.00** | $          **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$          **0.00** | +$          **0.00** |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $          **0.00** | $          **0.00** |

| Debtor 1 | **Justin Todd Trout** | Case number (*if known*) | |
|---|---|---|---|

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** ................................................. | 4. | $ 0.00 | $ 0.00 |

**5. List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

**6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ 0.00

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ 0.00

**8. List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: **Business income or draws ($3,500 less est. taxes)** | 8h.+ | $ 0.00 + | $ 3,000.00 |

**9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 0.00   $ 3,000.00

**10. Calculate monthly income.** Add line 7 + line 9.   10.   $ 0.00 + $ 3,000.00 = $ 3,000.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    11.  +$ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.   $ 3,000.00

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Justin Todd Trout** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

    Do not list Debtor 1 and Debtor 2.

    ■ Yes. Fill out this information for each dependent..............

    Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **son** | **2 months** | ☐ No  ■ Yes |
| **daughter** | **3** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

    ■ No
    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

| | | |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ _____ 0.00 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ _____ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ _____ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ _____ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ _____ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ _____ 0.00 |

Debtor 1   **Justin Todd Trout**                                              Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | **150.00** |
| | 6b. | Water, sewer, garbage collection | 6b. $ | **50.00** |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **125.00** |
| | 6d. | Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | | 7. $ | **500.00** |
| 8. | **Childcare and children's education costs** | | 8. $ | **350.00** |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | **50.00** |
| 10. | **Personal care products and services** | | 10. $ | **25.00** |
| 11. | **Medical and dental expenses** | | 11. $ | **10.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | 12. $ | **150.00** |
| | Do not include car payments. | | | |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | **0.00** |
| 14. | **Charitable contributions and religious donations** | | 14. $ | **0.00** |
| 15. | **Insurance.** | | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | **0.00** |
| | 15b. | Health insurance | 15b. $ | **0.00** |
| | 15c. | Vehicle insurance | 15c. $ | **0.00** |
| | 15d. | Other insurance. Specify: | 15d. $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | | |
| | Specify: | | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | **496.00** |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c. | Other. Specify:   **Warehouse mortgage debt** | 17c. $ | **550.00** |
| | 17d. | Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | **450.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | $ | **0.00** |
| | Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | **0.00** |
| | 20b. | Real estate taxes | 20b. $ | **0.00** |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | **0.00** |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | | 21. +$ | **0.00** |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **2,906.00** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **2,906.00** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **3,000.00** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **2,906.00** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | **94.00** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☒ No.
    ☐ Yes.    | Explain here: |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Justin Todd Trout** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Justin Todd Trout**                          X _____
  **Justin Todd Trout**                                 Signature of Debtor 2
  Signature of Debtor 1

  Date  **November 12, 2018**                          Date _____

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Justin Todd Trout** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
  amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/16

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.   **What is your current marital status?**

☑ Married
☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☑ Wages, commissions, bonuses, tips | $0.00 | ☑ Wages, commissions, bonuses, tips | $0.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Justin Todd Trout**                                                           Case number *(if known)* _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $37,064.00 | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $18,000.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016 ) | ■ Wages, commissions, bonuses, tips<br>☐ Operating a business | $36,806.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | **Unknown** |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐  No
    ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Eastern Air Flow LLC** | $2,000.00 | **Eastern Air Flow of Kentucky, LLC** | $9,000.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2017 ) | **Easter Air Flow LLC** | $4,319.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016 ) | **Eastern Air Flow LLC** | $64.00 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ■  No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
    ☐  No.    Go to line 7.
    ■  Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐  Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐  No.    Go to line 7.
    ☐  Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| **Creditor's Name and Address** | **Dates of payment** | **Total amount paid** | **Amount you still owe** | **Was this payment for ...** |
|---|---|---|---|---|

Debtor 1   **Justin Todd Trout**                                     Case number *(if known)*

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Erika Trout**<br>**PO Box 653**<br>**Martin, KY 41649** | **monthly child support of $450** | **$900.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other  child support |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**    **Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Cintas Corp. v. Debtor and/or Eastern Air Flow, LLC,**<br>**18-CI-407** | **collection action** | **Boyd Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Citizens Bank of Kentucky v. Debtor and/or Eastern Air Flow, LLC,**<br>**17-CI-333** | **collection** | **Floyd Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Ferguson Enterprises, fdba Brock McVey, v. Debtor and/or Eastern Air Flow, LLC,**<br>**18-CI-3083** | **collection** | **Fayette Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Gray Television Group v. Debtor and/or Eastern Air Flow, LLC,**<br>**18-C-146** | **collection** | **Floyd District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    **Justin Todd Trout**                                                                    Case number *(if known)*

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Premier Capital Funding, LLC, v. Debtor and/or Eastern Air Flow, LLC, 484776** | **collection** | **Richmond County Supreme Court Stanten Island, NY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **R.E. Michel Company v. Debtor and/or Eastern Air Flow, LLC, 17-CI-546** | **collection/Judgment entered 5/29/2018** | **Floyd Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **GPS Insights v. Debtor and/or Eastern Air Flow, LLC,** | **collection** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Wells Fargo v. Debtor and/or Eastern Air Flow, LLC, 18-CI-570** | **collection** | **Floyd Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Best Choice v. Debtor and/or Eastern Air Flow, LLC, 17-CI-3839** | **collection** | **Fayette Circuit Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Business paid $10,000 to settle in February 2018** |
| **Kentucky Employer's Mutual Insurance Company v. Debtor and/or Eastern Air Flow, LLC, 16-CI-3315** | **collection** | **Fayette Circuit Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Fire Alarm & Security Systems Co. v. Debtor and/or Eastern Air Flow, LLC, 18-CI-376** | **collection** | **Floyd Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Greg Jarvis v. Debtor and/or Eastern Air Flow, LLC, 18-C-32** | **collection case dismissed in April 2018** | **Floyd District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Commonwealth of Kentucky v. Justin Trout 18-F-2530** | **allegation of NSF checks to Corken Steele Products and/or R.E. Michel Co., Inc.** | **Fayette District Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Arraignment 9/26/2018 with continuance to 11/14/2018** |
| **Commonwealth of Kentucky v. Debtor** | **alleged NSF check for $86.75 to Richmond Utilities** | **Madison District Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Total paid $186.75** |

Debtor 1    **Justin Todd Trout**

Case number *(if known)*

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Debtor v. Colton Lindsey, Nationwide Mutual Ins. and State Farm Mutual Automobile Insurance 18-T-20** | **Personal and property damage lawsuit** | **Magoffin Circuit Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied? Check all that apply and fill in the details below.

☐ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **See potential judgment liens above** | | | **$0.00** |
| | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | | |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Justin Todd Trout** | Case number *(if known)* |
|---|---|---|

---

**Part 6:**    **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

   ■ No
   ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:**    **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   ☐ No
   ■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Bunch & Brock, PSC**<br>**271 W. Short Street**<br>**805 Security Trust Building**<br>**Lexington, KY 40507-1217** | **Attorney Fees** | **$3,165 plus filing fee on 11/6/2018** | **$3,165.00** |

---

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

   ■ No
   ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

   ☐ No
   ■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Justin Todd Trout**                                                          Case number (*if known*)

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **321 Auto Sales - junk yard**<br>**Prestonsburg, KY**<br><br>**none** | **In the last 2 years, Debtor scraped old business vehicles used in Eastern Air Flow LLC to get rid of them in July/August 2018 in the ordinary course of business for $100 each:**<br>**1998 Ford E142 Van in June 2018; 2005 Chevy Colorado in July 2018; 1996 Chevy Astro in May 2018; 2003 Dodge Cargo Van in 2016; 2000 Chevy Astro in January 2017; 2006 Dodge Durango in Dec. 2016; 2005 GMC Envoy in Jan. 2016; 2004 Hyundai Stana Fe in fall 2017; 1997 Ford E250 van in July/Aug 2018; 1996 Ford E150 in 2018.** | **Debtor also junked 2003 Chevy Avalanche for $100 in March 7, 2017 because transmission blew up.** | |
| **Nationwide Mutual Insurance Company**<br>**serve: Corporation Service Company**<br>**421 W. Main Street**<br>**Frankfort, KY 40601**<br><br>**none** | **Nationwide Insurance, Debtor's insurance company. Debtor transferred 2016 Nissan Titan that was totaled in November 2017 with a head-on crash with another vehicle who crossed the double yellow line. Debtor was injured and a lawsuit is currently pending relating to his injuries, as well as the loss of property damage. Nationwide paid U.S. Bank, who held the lien on the vehicle, but left a $10,000 deficiency.** | | |
| **Hammons Garage**<br>**Prestonsburg, KY**<br><br>**none** | **Repairs exceeded the cost of the vehicle, so Debtor signed title to transfer it to him in the fall 2016: 2005 Chrysler Town and Country. Assessed value was $1,100 but repairs were $1,500 for new motor.** | | |
| **Precision Automotive**<br>**Prestonsburg, KY**<br><br>**none** | **Repairs exceeded the cost of the vehicle, so Debtor signed title to transfer it to him in the June 2018. 2008 Ford F150.** | | |

Debtor 1    **Justin Todd Trout**                                    Case number *(if known)*

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Taylor Trout**<br>**5721 Ky Route 404**<br>**David, KY 41616**<br><br>**debtor's wife** | **In May 2018, debtor transferred to his wife, Taylor Trout, a 2002 Chevy Avalanche, FMV of $1,500, with high mileage of 205,000 (as of the date of transfer) and 2007 Chevy 1500 truck, FMV of $500, with high mileage of 315,000 (as of the date of transfer). The truck has closer to 400,000 miles on it currently.** | | **May 2018** |
| **Unknown third party - through FaceBook**<br>**Pikeville, KY**<br><br>**none** | **In summer of 2017, Debtor sold a 1982 ProCraft boat to a guy that he found on FaceBook for $4,500. Boat had a 2012 Evin 115 hp engine.** | | **July 2017** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
- ■ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

<span style="background:black;color:white">Part 8:</span>   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
- ☐ No
- ■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **US Bank** | **XXXX-8033** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **closed in September/October 2018 checking account used as a business account** | **$0.00** |
| **Citizens Bank** | **XXXX-162** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **Citizens Bank checking acct. #x162 was jointly owned with wife, Taylor M. Banks, and in July 2018, Debtor's name was removed from the account.** | **$0.00** |

Debtor 1    **Justin Todd Trout**                                    Case number *(if known)*

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
□ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
|  |  |  |  |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
□ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
|  |  |  |  |

**Part 9:**    **Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

□ No
■ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Eastern Air Flow, LLC 5721 KY RT 404 David, KY 41616** | **in debtor's possession** | **Eastern Air Flow, LLC's equipment/furniture in Prestonsburg store lease: (the landlord required all furniture/equipment to be removed from the leased premises around August 20, 2018.** **2 computers and misc. items and 2 desks/2 chairs (value under $100)** **One filing cabinet $10** **Old couch $10** **Small bar (purchased from Big Lots) $10** **Old phones (purchased from Walmart) $10** **Signs (twp 12'x24' billboards and 4'8' were disposed)** | $140.00 |

**Part 10:**    **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Debtor 1    **Justin Todd Trout**

Case number *(if known)*

---

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:** Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN<br><br>Dates business existed |
|---|---|---|
| **Eastern Air Flow, LLC**<br>**5721 KY RT 404**<br>**David, KY 41616** | **heating and air conditioning business**<br>There is another Eastern Air Flow LLC, organization #0780403, in the secretary of state's office that is inactive and was incorporate on 1/25/2011 and closed/dissolved on 8/30/2013. This was the former company that Debtor filed a Dissolution notice with the KY SOS office before Debtor reserved the name of Eastern Air Flow, LLC, organization #0869106.<br><br>**Darrell Madden, CPA**<br>**Bailey Street, #1**<br>**Hindman, KY 41822**<br>from inception to August 31, 2018, when the business closed down. | **EIN:**    27-4631577<br><br>**From-To**  10/9/2013 to August 31, 2018 |

---

Debtor 1    __Justin Todd Trout_____    Case number *(if known)* _____

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **J.E.T. Investment Limited Liability Comp<br>5721 KY Route 404<br>David, KY 41616** | **warehouse real estate rental<br>Administratively dissolved on 10/16/2018<br>Debtor plans on re-instating this company** | EIN:<br><br>**From-To    July 26, 2016 to 10/16/2018** |
| **Eastern Airflow Ashland, LLC<br>3401 Winchester Ave.<br>Ashland, KY 41101** | **heating and air conditioning business<br>Justin Trout is listed in the SOS's office as Manager. This business never operated and has no assets.** | EIN:<br><br>**From-To    10/17/2016 to present** |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No

■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Brock McVey** | **debtor gave a personal financial statement in February 2018 to Brock-McVey** |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

__/s/ Justin Todd Trout_____    _____
**Justin Todd Trout**                          **Signature of Debtor 2**
**Signature of Debtor 1**

Date    __November 12, 2018_____    Date    _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Justin Todd Trout** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF KENTUCKY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **BB&T Bank**<br><br>Description of property securing debt: **2014 Ford F150 ~135,000 miles Valued between $12,000 and $14,000** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **First Commonwealth Bank**<br><br>Description of property securing debt: **100% owner of J.E.T. Investments Limited Liability Company, which owns a warehouse (unfinished, cinder block structure) located at 465 Bucks Branch Road, Martin, KY 41649; Purchase price was approx. $80,000 in 2016 FMV $55,000; PVA is appr** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Justin Todd Trout**                                              Case number (*if known*) _____

| Creditor's name: | **M&T Bank** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a<br>*Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ■ No<br><br>☐ Yes |
|---|---|---|---|
| Description of property securing debt: | **2013 Ford Transit ~200,000 miles**<br>**Business vehicle jointly owned with Eastern Airflow, LLC** | | |

| Creditor's name: | **M&T Bank** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a<br>*Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ☐ No<br><br>■ Yes |
|---|---|---|---|
| Description of property securing debt: | **2015 Toyota Rav4**<br>**good condition**<br>**value is estimated at $20,000**<br>**PVA assessed on 8/30/2017 at $23,575** | | |

**Part 2:    List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |

**Part 3:    Sign Below**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Justin Todd Trout**                                                Case number *(if known)*

X    **/s/ Justin Todd Trout**                                    X
     **Justin Todd Trout**                                              Signature of Debtor 2
     Signature of Debtor 1

     Date    **November 12, 2018**                                Date

<table>
<tr><td>

Fill in this information to identify your case:

Debtor 1 __**Justin Todd Trout**__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Eastern District of Kentucky__

Case number _____
(if known)

</td><td>

Check one box only as directed in this form and in Form 122A-1Supp:

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

</td></tr>
</table>

## Official Form 122A - 1
## Chapter 7 Statement of Your Current Monthly Income                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:        Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

   |  | Debtor 1 |
   |---|---|
   | Gross receipts (before all deductions) | $ _____ |
   | Ordinary and necessary operating expenses | -$ _____ |
   | Net monthly income from a business, profession, or farm $ _____ **Copy here ->** | $ _____  (Col A)  $ _____ (Col B) |

6. **Net income from rental and other real property**

   |  | Debtor 1 |
   |---|---|
   | Gross receipts (before all deductions) | $ _____ |
   | Ordinary and necessary operating expenses | -$ _____ |
   | Net monthly income from rental or other real property $ _____ **Copy here ->** | $ _____  (Col A)  $ _____ (Col B) |

| | | Column A | Column B |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ _____ | $ _____ |

Debtor 1    **Justin Todd Trout** _____    Case number (*if known*) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**    $ _____    $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ............................................ $ _____

For your spouse ............................ $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.    $ _____    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_____    $ _____    $ _____

_____    $ _____    $ _____

Total amounts from separate pages, if any.    + $ _____    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    $ _____  + $ _____  = $ _____

Total current monthly income

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ...................    **Copy line 11 here=>**    $ _____

Multiply by 12 (the number of months in a year)    **x 12**

12b. The result is your annual income for this part of the form    12b.    $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    [_____]

Fill in the number of people in your household.    [_____]

Fill in the median family income for your state and size of household.    13.    $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** /s/ Justin Todd Trout _____

**Justin Todd Trout**

Signature of Debtor 1

Date    **November 12, 2018** _____

MM / DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Fill in this information to identify your case:

Debtor 1        **Justin Todd Trout**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Eastern District of Kentucky

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122A - 1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)          12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

| Part 1 | Identify the Kind of Debts You Have |
|---|---|

1.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

    ■ No.    Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ Yes.   Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2.  **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

    ☐ No.    Go to line 3.

    ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

    ☐ No.    Go to line 3.

    ☐ Yes.   Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3.  **Are you or have you been a Reservist or member of the National Guard?**

    ☐ No.    Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

    ☐ No.    Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes.   Check any one of the following categories that applies:

        ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

        ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

        ☐ **I am performing a homeland defense activity for at least 90 days.**

        ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re    **Justin Todd Trout**                                                                 Case No. _____

_____
Debtor(s)                         Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,165.00** |
| Prior to the filing of this statement I have received | $ | **3,165.00** |
| Balance Due | $ | **0.00** |

2.    The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Adversary actions, evidentiary hearings, litigation or discovery responses, appeals, audits, tax matters, divorce matters, relief matters, conversions, or issues involving sale of assets**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 12, 2018**
_Date_

**/s/ Matthew B. Bunch**
**Matthew B. Bunch**
_Signature of Attorney_
**Bunch & Brock, PSC**
**271 W. Short Street**
**805 Security Trust Building**
**Lexington, KY 40507-1217**
**(859) 254-5522**
_Name of law firm_

---

# United States Bankruptcy Court
## Eastern District of Kentucky

In re    **Justin Todd Trout**                                       Case No.
                                             Debtor(s)         Chapter    **7**

# VERIFICATION OF MAILING LIST MATRIX

        I, **Justin Todd Trout**, the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of **8** page(s) is true and correct and complete, to the best of my (our) knowledge.

Date:    **November 12, 2018**                 **/s/ Justin Todd Trout**
                                             **Justin Todd Trout**
                                             Signature of Debtor

I, **Matthew B. Bunch**, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **8** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date:    **November 12, 2018**                 **/s/ Matthew B. Bunch**
                                             Signature of Attorney
                                             **Matthew B. Bunch**
                                             **Bunch & Brock, PSC**
                                             **271 W. Short Street**
                                             **805 Security Trust Building**
                                             **Lexington, KY 40507-1217**
                                             **(859) 254-5522**

.

Adam S. Hall, Esq.
Vanover Hall & Bartley PSC
126 Trivette Drive, #302
Pikeville KY 41501


Air Flow Products, Inc.
1001 KY 3057
Somerset KY 42501


Appalachian Wireless
Attn:  any Officer
PO Box 630734
Cincinnati OH 45263-0734


BB&T Bank
PO Box 1290
Whiteville NC 28472


Brock McVey
PO Box 55487
Lexington KY 40555


Carrier Enterprise, LLC
P.O. Box 32156
New York NY 10087-2156


Cintas Corp.
P.O. Box 630910
Cincinnati OH 45263-0910


Citizens Bank of Kentucky
c/o Jill Hall Rose, Esq.
154 N. Ashland Ave.
Lexington KY 40502


Clayton E. Holland, Jr.
106 Scott Perry Drive
Paintsville KY 41240


Commonwealth Credit Union
PO Box 978
Frankfort KY 40602-0978

Corken Steele Products
c/o Robert Richardson
7920 Kentucky Drive
Florence KY 41042


Discover Bank
PO Box 30943
Salt Lake City UT 84130-0943


Eastern Air Flow, LLC
5721 KY RT 404
David KY 41616


EKB-TV
P.O. Box 2200
Pikeville KY 41502


Erika Trout
PO Box 653
Martin KY 41649


Ernest V. Thomas III
Thomas & Thomas Attorneys at Law
2323 Park Ave.
Cincinnati OH 45206


Ferguson Enterprises
fdba Brock McVey
c/o True Guarnieri Ayer LLP
124 Clinton Street
Frankfort KY 40601


FESCO
868 Dr. W.J. Hodge Street
Louisville KY 40210


Fire Alarm & Security System Co
c/o Bornstein& Bornstein PSC
4018 Bishop Lane
Louisville KY 40218


First Commonwealth Bank
3112 N. Arnold Avenue
Prestonsburg KY 41653-1260

First Commonwealth Bank
311 N. Arnold Avenue
Prestonsburg KY 41653-1264


Floyd Cty Broadcasting - WMDJ FM-100
P.O. Box 1530
Martin KY 41649


Foundation Finance Company
PO Box 437
Schofield WI 54476


FTL Capital Partners, LLC
aka FTL Finance
c/o Lathrop Gage - Ben C. Struby
2345 Grand Blvd., Suite 2200
Kansas City MO 64108-2618


Gilson Plaza, LLC
418 Adair Road
Lexington KY 40502


GPS Insight
7201 E. Henkel Way #400
Scottsdale AZ 85255


Gray Television Group
dba WKYT and WYMT
4370 Peachtree Road NE
Atlanta GA 30319


Gray Television Group, Inc.
1801 Halstead Blvd
Tallahassee FL 32309


Hajoca Corporation
c/o David O'Brien, Attorney @ Dal, Inc.
PO Box 162
Clifton Heights PA 19018


Hazard Fire & Safety
3962 KY 15
KY 41707

Highlands Physical Therapy
83 Dewey Street
Prestonsburg KY 41653


Highlands Regional Medical Center
PO Box 668
Prestonsburg KY 41653


Hughes Supply
990 Pedigo Way
Bowling Green KY 42103


I C System Collections
PO Box 64437
St. Paul MN 55164-0437


Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346


J.E.T. Investments LLC
5721 KY Route 404
David KY 41616


Jackson Systems, LLC
5418 Elmwood Ave.
Indianapolis IN 46203-6025


James D. Lyon
Chapter 7 Trustee
100 E. Vine Street, #404
Lexington KY 40507


Kentucky Employer's Mutual Insurance Co
c/o John E. Hinkel, Jr., Esq.
Fowler Bell PLLC
300 W. Vine Street, #600
Lexington KY 40507


Kentucky Labor Cabinet
Dept. of Workers' Claims
657 Chamberlin Ave.
Frankfort KY 40601

Kentucky Revenue Cabinet
Attn: Legal Dept - Bankruptcy
PO Box 5222
Frankfort KY 40602-5222


KochAir
1900 W. Lloyd Expressway
Evansville IN 47712


M&T Bank
PO Box 17292
Baltimore MD 21203


M&T Bank
PO Box 17292
PA 17292


Martin Gas, Inc.
P.O. Box 783
Hindman KY 41822


Modern Construction, Inc.
P.O. Box 187
Stanville KY 41659


National Pen Company
P.O. Box 847203
Dallas TX 75284-7203


Nationwide
328 High Land Park Dr.
Richmond KY 40475


Phil Allen, Attorney
Richard James & Assoc.
4317 NE Thurton Way, #270
Vancouver WA 98662


Premier Capital Funding, LLC
9265 4th Ave.
Brooklyn NY 11209


Prestonsburg Primary Care
535 N. Lake Drive
Prestonsburg KY 41653

R.E. Michel Company
One R.E. Michel Drive
Glen Burnie MD 21060


R.L. Craig Company, Inc.
11524 Commonwealth Drive
Louisville KY 40299


Rich Fatalo, Attorney
400 W. cummings Park, Ste 4450
Woburn MA 01801


Sinclair Broadcast Group - WDKY
P.O. Box 206270
Dallas TX 75320-6270


Square Capital
1455 Market Street, #600
San Francisco CA 94103


State Electric Supply
PO Box 890889
Charlotte NC 28289


Sujata Gutti
515 S. Bypass Road, #101
Pikeville KY 41501


Sunbelt Rentals
PO Box 410968
Charlotte NC 28241


The UPS Store
4145 N. Mayo Trail
Pikeville KY 41501


Thermal Equipment Sales, Inc.
680 Bizzell Drive
Lexington KY 40510


Thomas & Thomas Attorneys at Law
2323 Park Ave.
Cincinnati OH 45206

Trane Supply
115 49th Street
Brooklyn NY 11232


UK Healthcare
Department of Patient Accounts
Room A101
1000 South Limestone, Pavilion A
Lexington KY 40536


UK HealthCare
PO Box 1688
Lexington KY 40588-1688


UMG
241 Covington Drive
Bloomingdale IL 60108


US Bank
PO Box 790179
Saint Louis MO 63179-0179


US Bank
PO Box 6335
Fargo ND 58125-6335


US Bank
Lexington/Central KY - Indirect Lending
PO Box 790179
Saint Louis MO 63179-0179


US Bank
Cardmember Services
PO Box 6352
Fargo ND 58125-6352


US Bank Business Edge Platinum Card
Cardmember Services
PO Box 6353
Fargo ND 58125-6353


US Bank NA
PO Box 3427
Oshkosh WI 54903

Valassis Direct Mail
14550 Torrey Chase Blvd. #500
Houston TX 77040


Verizon Wireless
524 W. New Circle Road, Ste. 100
Lexington KY 40511


W. Va. Electric Supply Co.
250 12th Street West
Huntington WV 25704


WDOC, Inc.
P.O. Box 345
Prestonsburg KY 41653


Wells Fargo
Consumer Credit Services
PO Box 51193
Los Angeles CA 90051-5493


Wells Fargo Bank
800 Walnut, 6th Floor
Des Moines IA 50309


Wells Fargo Bank, NA
c/o Millsap & Singer LLC
612 Spirit Drive
Chesterfield MO 63005


Wells Fargo Corporate Office
420 Montgomery Street
San Francisco CA 94104


Whayne Supply Company
10001 Linn Station Road
Louisville KY 40232


WQHY-FM
P.O. Box 345
Prestonsburg KY 41653

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

>**You are an individual filing for bankruptcy,** and

>**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

>Chapter 7 - Liquidation

>Chapter 11 - Reorganization

>Chapter 12 - Voluntary repayment plan for family farmers or fishermen

>Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

>most taxes;

>most student loans;

>domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   |  |  |
|---|---|---|
|  | $200 | filing fee |
| + | $75 | administrative fee |
|  | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   |  |  |
|---|---|---|
|  | $235 | filing fee |
| + | $75 | administrative fee |
|  | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.