UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE: JUSTIN TODD TROUT	CASE NO. 18-70695-grs

DEBTOR

MOTION TO SEAL PROOF OF CLAIM

\* \* \* \* \* \* \*

Comes the secured creditor, First Commonwealth Bank, and hereby moves the Court for an Order sealing the proof of claim filed herein at Claims Register Number 2. In support of this motion, the secured creditor states that the documents filed herein were inadvertently not redacted.

/s/ P. Franklin Heaberlin
P. FRANKLIN HEABERLIN
OSBORNE & HEABERLIN, P.S.C.
119 EAST COURT STREET, 1st STREET
PRESTONSBURG, KENTUCKY 41653
frank@oandhattys.com
(606) 886-1615
(606) 889-9085 "FAX"

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was filed electronically by the Court's ECF System, as well as US mail, postage prepaid, this 20th day of December, 2018, to the following:

Justin Todd Trout
5721 Kentucky Route 404
David, Kentucky 41616

Matthew B. Bunch
Debtor's Attorney
Bunch & Brock, PSC
271 W. Short Street, #805
Lexington, Kentucky 40507

J. Clair Edwards
Bankruptcy Trustee
P.O. Box 1779
Somerset, Kentucky 42502

US Bankruptcy Court
P. O. Box 1111
Lexington, Kentucky 40588

                                                        /s/ P. Franklin Heaberlin
                                                        P. FRANKLIN HEABERLIN