UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
Pikeville Division

In re:

Justin Todd Trout,

Debtor.

Case No. 18-70695
Chapter 7

**Motion to Extend Time to Object to Discharge**

Paul A. Randolph, Acting United States Trustee, moves for entry of an order extending the time to object to discharge for any party in interest and in support states:

1. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 1409. This matter is a core proceeding.

2. The United States Trustee has standing to bring this Motion pursuant to 11 U.S.C. §§ 307 and Fed. R. Bankr. P. 4004.

3. This relief is sought without notice and hearing pursuant to LR 9013-1(c)(xii).

4. This case was filed under chapter 7 of the United States Bankruptcy Code on November 13, 2018.

5. The United States Trustee, based upon information received, is investigating potential violations of 11 U.S.C. § 727 by the Debtor. The United States Trustee recently received documents and desires additional

time for review. The United States Trustee also desires additional time to conduct a rule 2004 examination of the Debtor.

6. The United States Trustee desires additional time to complete his investigation. Insofar as actions brought under 11 U.S.C. § 727 are for the benefit of all creditors, said extension should be for the benefit of all parties in interest.

WHEREFORE, the United States Trustee respectfully requests that the Court enter an Order extending the deadline for filing a complaint objecting the Debtor's discharge to April 12, 2019.

Dated: February 5, 2019 **Paul A. Randolph**
Acting United States Trustee

By: */s/ Bradley M. Nerderman*
John L. Daugherty
Assistant U.S. Trustee
Rachelle C. Dodson
Bradley M. Nerderman
Trial Attorneys
Office of the U.S. Trustee
100 E. Vine St., Suite 500
Lexington, KY 40507
(859) 233-2822

**Certificate of Service**

I certify that on February 5, 2019, I served a copy of the foregoing via ECF noticing upon all parties registered to receive notice electronically.

*/s/ Bradley M. Nerderman*
Bradley M. Nerderman