# UNITED STATES BANKRUPTCY COURT
### Eastern District of Kentucky
### Pikeville Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588−1111

In re  Justin Todd Trout

    5721 KY Route 404
    David, KY 41616

aka/dba: Justin T. Trout

SSN/TID: xxx−xx−7803

Case No. 18−70695−grs

Chapter: 7

Debtor(s)

## NOTICE OF SUFFICIENT ASSETS

    It appeared from the schedules filed when this case was initiated that there were no assets from which dividends could be paid to creditors and the notice of meeting of creditors so indicated. It now appears that the payment of a dividend may be possible. Pursuant to Rule FED. R. BANKR. P. 3002(c)(5) the last day for filing claims is fixed as 05/13/2019.

    In order to have his claim allowed so that he may share in any distribution from the estate, a creditor must file a claim on or before the date as fixed by this notice. A proof of claim form may be obtained at www.uscourts.gov/forms/bankruptcy−forms or at any Bankruptcy Clerk's office.

DATED: 2/12/19

                                                       By the court −

                                                    /s/ Gregory R. Schaaf
                                                    Gregory R. Schaaf
                                                    U.S. Bankruptcy Judge