**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**

IN RE:                                                                                           CHAPTER 7
    JUSTIN TODD TROUT
        DEBTOR                                                              CASE NO. 18-70695-grs

**NOTICE OF RESCISSION OF REAFFIRMATION AGREEMENT WITH M&T BANK**

    **NOTICE IS HEREBY GIVEN** that the Debtor, **JUSTIN TODD TROUT**, hereby rescinds and terminates that certain Reaffirmation Agreement dated January 29, 2019 [Doc. #16] with M&T Bank relating to the 2015 Toyota RAV4, VIN #2T3DFREV9FW342835. The address of the vehicle's location is 465 Bucks Branch, Martin KY 41649.

    Respectfully submitted,

    **BUNCH & BROCK, PSC**


    By:    **/s/ Matthew B. Bunch**
        **MATTHEW B. BUNCH, ESQ.**
        271 West Short Street
        805 Security Trust Building
        Lexington, Kentucky 40507
        (859) 254-5522

    **ATTORNEY FOR DEBTOR**


**CERTIFICATE OF SERVICE**

    This is to certify that this the 16th day of May 2019, a true and correct copy of the foregoing served electronically by the Clerk of the Bankruptcy Court in the method established under CM/ECF Administrative Procedures Manual to all attorneys of record, including Benjamin N. Hutnick, M&T Bank's attorney, the U.S. Trustee and the Chapter 7 Trustee via CM/ECF, the Debtor via email and by separate email to Benjamin N. Hutnick at bhutnick@bermanrabin.com and by U.S. Mail, first class postage prepaid, upon M&T Bank, 475 Crosspoint Pkwy, Getzville, NY 14068.

    **/s/ Matthew B. Bunch**
**MATTHEW B. BUNCH**