# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# PIKEVILLE DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 7** |
| **JUSTIN TODD TROUT** | **CASE NO. 18-70695-grs** |
| **DEBTOR** | |

## AMENDMENT TO SCHEDULE B AND STATEMENT OF FINANCIAL AFFAIRS

Comes the Debtor, **JUSTIN TODD TROUT**, and after being duly sworn, hereby states under oath and subject to penalties of perjury to amend his Bankruptcy Petition for Schedule B to clarify Amendment [Doc. #39] and to reflect information on the Statement of Financial Affairs, as follows:

### SCHEDULE B, LINE 3 – VEHICLES: - Delete from Amendment #39

Delete 2005 Chevrolet Colorado as it was junked prior to Debtor's Bankruptcy Petition in early 2018 at 321 Auto Sales for $100.
Delete 2007 Ford F150 as it was transferred prior to Debtor's Bankruptcy Petition as shown below.
Delete 1998 Ford E142 as it was transferred prior to Debtor's Bankruptcy Petition as shown below.
Delete 1996 Chevrolet Astro Van as it was transferred prior to Debtor's Bankruptcy Petition as shown below.

1

## STATEMENT OF FINANCIAL AFFAIRS:

### Change SOFA, Para. #18, Taylor Trout:

1. Change 2002 to 2003 Chevy Avalanche, which vehicle was transferred by Debtor to his wife, Taylor Trout, on July 27, 2018 for "family" value with ~195,000 miles, valued at $1,500.

2. Change 2007 Chevy 1500 Truck to 2008 GMC Silverado, which vehicle was transferred by Debtor to his wife, Taylor Trout, on April 25, 2018 for "family" with 295,000 miles on the engine and 500,000 miles on the frame, valued at $500.

### Add to SOFA, Para. #18, Taylor Trout:

1. Add 2007 Ford F150, which vehicle was transferred by Debtor to his wife, Taylor Trout, on April 24, 2018 for "family" value with ~228,000 miles. The vehicle's engine blew a month after the transfer and she gave/transferred it to the mechanic, Zach McCoy, on August 1, 2018, with a valued at $0. The value of the transfer to Taylor Trout was under $100.

2. Add 1998 Ford E142 cargo van, which vehicle was transferred by Debtor to his wife, Taylor Trout, on April 25, 2018 for "family" value with 248,172 miles. The value of this vehicle was less than $100. Taylor junked this vehicle in April 2019 at 321 Auto Sales for $50.

3. Add 1996 Chevy Astrovan, which vehicle was transferred by Debtor to his wife, Taylor Trout, on April 25, 2019 for "family" value with 195,321 miles. This vehicle was valued at less than $100, and Taylor Trout junked it on May 5, 2018, to 321 Auto Sales for $50.

I, JUSTIN TROUT, hereby verify under oath and subject to penalty of perjury that the information stated above is true and correct to the best of my information, knowledge and belief.

Dated: May 31, 2019

_____
JUSTIN TROUT

2

## CERTIFICATE OF SERVICE

This is to certify that on this the 7th day of June 2019, a copy of the foregoing was served electronically in the method established under CM/ECF Administrative Procedures Manual to all attorneys of record, including the Chapter 7 Trustee and the U.S. Trustee and by email to the Debtor, and that all creditors listed above, by U.S. Mail, first class postage prepaid, to all creditors listed in the Petition.

BUNCH & BROCK, PSC

BY: _____
MATTHEW B. BUNCH, ESQ.
271 W. Short Street, Suite 805
Lexington, KY 40507
(859) 254-5522

**COUNSEL FOR DEBTOR**