# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# PIKEVILLE DIVISION

IN RE:                                                                                                                                                   **CHAPTER 7**
    JUSTIN TODD TROUT
        DEBTOR                                                                            CASE NO. 18-70695-grs

## DISCLOSURE OF ADDITIONAL FEES FOR COUNSEL FOR DEBTOR

**NOTICE IS HEREBY GIVEN** that pursuant to the Bankruptcy Rules of this Court requiring counsel for the debtor to disclosure all sources of compensation, it is hereby disclosed that Bunch & Brock PSC as Debtor's Counsel received $810 from Debtor's wife, Taylor Trout, on June 7, 2019, relating to Counsel's appearance at her deposition for $500 and for drafting and service of the Amendment to Schedule B and Statement of Financial Affairs [Doc. #49] for $310. Bunch & Brock has not agreed to share the above compensation with any third party.

                                                         Respectfully submitted,

                                                         **BUNCH & BROCK, PSC**

                                      **By:**      **/s/ Matthew B. Bunch**
                                                             **MATTHEW B. BUNCH, ESQ.**
                                                             271 West Short Street
                                                             805 Security Trust Building
                                                             Lexington, Kentucky 40507
                                                             (859) 254-5522

                                                     **ATTORNEY FOR DEBTOR**

## CERTIFICATE OF SERVICE

This is to certify that this the 7th day of June 2019, a true and correct copy of the foregoing served electronically by the Clerk of the Bankruptcy Court in the method established under CM/ECF Administrative Procedures Manual and the Local Court Standing Order dated July 25, 2002, to all attorneys of record, including the U.S. Trustee and the Chapter 7 Trustee via CM/ECF, the Debtor via email.

   **/s/ Matthew B. Bunch**
**MATTHEW B. BUNCH**