## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### Pikeville Division

IN RE:

JUSTIN TODD TROUT

                CASE NO.        18-70695-GRS

DEBTOR.                                        CHAPTER 7

### **DISCLOSURE OF FEES OF COUNSEL FOR DEBTOR**

Notice is hereby given pursuant to 11 U.S.C. § 329(b) and Fed.R.Bankr.P. 2016(b) that McBrayer PLLC, as counsel for the Debtor, received a retainer payment of $2,500.00 from the Debtor on June 13, 2019, for services rendered and to be rendered in connection with this bankruptcy case. McBrayer PLLC has not shared or agreed to share the above-described compensation with any other person or entity.

By:    /s/ Douglas T. Logsdon
        Douglas T. Logsdon
        MCBRAYER PLLC
        201 East Main Street, Suite 900
        Lexington, Kentucky 40507
        Telephone: (859) 231.8780
        Facsimile:  (859) 281.1552
        Email: dlogson@mmlk.com
        **ATTORNEYS FOR JUSTIN TODD TROUT**

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 1st day of July, 2019, a true and correct copy of the foregoing document was served via the Court's ECF notification system.

        /s/ Douglas T. Logsdon
        Douglas T. Logsdon

4831-5241-1291, v. 1

1