UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
Pikeville Division

| | |
|---|---|
| In re:<br><br>  Justin Todd Trout,<br><br>    Debtor. | Case No. 18-70695<br>Chapter 7 |
| Paul A. Randolph,<br>Acting United States Trustee,<br><br>  Plaintiff,<br><br>v.<br><br>Justin Todd Trout,<br><br>  Defendant. | Adv. Proc. No. 19-_____ |

**Complaint Objecting to Discharge
(11 U.S.C. § 727)**

Paul A. Randolph, Acting United States Trustee, represents and alleges

as follows:

1.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§

157 and 1334. This adversary proceeding relates to the bankruptcy case of

Justin Todd Trout, Case No. 18-70695, pending before this Court.

2.    Venue is proper pursuant to 28 U.S.C. § 1409.

3.    This matter is a core proceeding. 28 U.S.C. § 157(b)(2)(J). The

Plaintiff consents to entry of a final order or judgment by the bankruptcy

court.

4.    Plaintiff Paul A. Randolph is the duly appointed Acting United

States Trustee for Region 8, which includes the Eastern District of Kentucky.

The United States Trustee has standing to prosecute this matter. 11 U.S.C.

§§ 307, 727(c)(1).

5.    Defendant Justin Todd Trout is the Debtor in the above-captioned

case.

6.    This Complaint is timely filed.

*Case Background*

7.    Justin Todd Trout filed for relief under chapter 7 of the United States

Bankruptcy Code on November 13, 2018 in the United States Bankruptcy

Court for the Eastern District of Kentucky.

8.    Also on November 13, 2018, Justin Todd Trout filed his Schedules

and Statement of Financial Affairs under penalty of perjury.

9.    Eastern Air Flow L.L.C ("Eastern Air Flow"), a company owned by

Justin Todd Trout, filed for relief under chapter 7 of the United States

Bankruptcy Code on September 21, 2018 in the United States Bankruptcy

Court for the Eastern District of Kentucky.

10.   Also on September 21, 2018, Eastern Air Flow filed its Schedules and Statement of Financial Affairs under penalty of perjury.

11.   On October 23, 2018, Justin Todd Trout, as Eastern Air Flow's designated representative, testified under oath at the First Meeting of Creditors held pursuant to 11 U.S.C. § 341.

12.   On December 14, 2018, Justin Todd Trout testified under oath at his First Meeting of Creditors held pursuant to 11 U.S.C. § 341.

13.   On May 10, 2019, Taylor Trout, Justin Todd Trout's spouse, testified under oath at an examination authorized by this Court pursuant to Fed. R. Bankr. P. 2004.

14.   On June 18, 2019, Justin Todd Trout testified under oath at an examination authorized by this Court pursuant to Fed. R. Bankr. P. 2004.

   *I.*   *Justin Todd Trout's Operation of Eastern Air Flow L.L.C.*

15.   In calendar year 2013, Justin Todd Trout obtained his Master HVAC license.

16.   Justin Todd Trout continues to maintain an active Master HVAC license.

17.   In the State of Kentucky, a Kentucky Master HVAC license is required to own and operate a company that engages in HVAC work.

18.    On October 9, 2013, Justin Todd Trout filed Articles of Organization with the Secretary of State for the Commonwealth of Kentucky starting a company named Eastern Air Flow L.L.C ("Eastern Air Flow").

19.    Justin Trout listed Eastern Air Flow's principal address as 5721 KY Route 404 in David, Kentucky with the Secretary of State. Upon information and belief, this address is Justin Trout's home address.

20.    On April 23, 2018, Justin Todd Trout changed the principal office of Eastern Air Flow to 3757 South Highway 23 in Prestonsburg, Kentucky. Upon information and belief, this is the physical address of one of Eastern Air Flow's business locations.

21.    From approximately October of 2013 to August of 2018, Eastern Air Flow installed HVAC, solar panel, electric generator, and other similar services in the Eastern District of Kentucky.

22.    According to Justin Todd Trout, Eastern Air Flow closed primarily due to uncollectible accounts receivables.

II.    *Justin Todd Trout's Inability to Explain Eastern Air Flow L.L.C.'s $1.4 Million in Negative Equity*

23.    As noted within Justin Todd Trout's bankruptcy petition, his liabilities are approximately $1.4 million larger than his assets. The overwhelming majority of Justin Todd Trout's debts relate to personal guarantees of the debts of his company, Eastern Air Flow.

a.    *Eastern Air Flow's Tax Returns Show a Profitable Company*

24.    Based on Justin Todd Trout's 2015 federal income tax return, in calendar year 2015 Eastern Air Flow had $1,151,052 in gross sales, $665,957 in cost of goods sold, and $470,664 in other expenses, leaving profits of $14,431.

25.    During calendar year 2015, Justin Todd Trout claimed to have total personal wages of $31,290.

26.    Based on Justin Todd Trout's 2016 federal income tax return, in calendar year 2016 Eastern Air Flow had $2,361,220 in gross sales (including $600 in returns and allowances), $1,379,475 in cost of goods sold, and $981,681 in other expenses, leaving profits of $64.

27.    During calendar year 2016, Justin Todd Trout claimed to have total personal wages of $36,806.

28.    Based on Justin Todd Trout's 2017 federal income tax return, in calendar year 2017 Easter Air Flow had $1,744,855 in gross sales, $818,633 in cost of goods sold, $921,903 in other expenses, leaving profits of $4,319.

29.    During calendar year 2017, Justin Todd Trout claimed to have total personal wages of $37,064.

30.    As of the filing of this complaint, Justin Todd Trout and Eastern Air Flow have not provided the United States Trustee with their 2018 federal income tax returns.

31. In total, based on Eastern Air Flow's 2015–2017 federal income tax returns, Eastern Air Flow had combined profits of $18,814 from January 1, 2015 to December 31, 2017.

> b. *Easter Air Flow's Financial Statements Show a Profitable Company*

32. Based on 2016 Eastern Air Flow profit and loss statements, Eastern Air Flow had $2,282,678 in total income and $2,180,511 in total expenses, leaving $102,167 in net income.

33. Based on 2017 Eastern Air Flow profit and loss statements, Eastern Air Flow had $1,670,496 in total income and $1,690,998 in total expenses, leaving $20,502 as a net loss.

34. Based on 2018 Eastern Air Flow profit and loss statements, Eastern Air Flow had $1,123,365 in total income and $768,601 in total expenses, leaving $354,764 in net income.

35. In total, based on Eastern Air Flow's profit and loss statements from 2016–2018, Eastern Air Flow had combined profits of $477,433 from January 1, 2016 to December 31, 2018.

> c. *Other Unexplained Factors*

36. Even while Eastern Air Flow was a profitable company, it failed to pay many of its debts as they became due.

37. According to Justin Todd Trout's bankruptcy petition, Eastern Air Flow failed to remit approximately $125,000 in various employee withholding

taxes to the Internal Revenue Service. Eastern Air Flow withheld the appropriate taxes from its employee's paychecks, but failed to remit those amounts to the IRS.

38.  According to Justin Todd Trout's bankruptcy petition, Eastern Air Flow failed to remit approximately $30,000 in various employee withholding taxes to the Kentucky Department of Revenue. Eastern Air Flow withheld the appropriate taxes from its employee's paychecks, but failed to remit those amounts to the State of Kentucky.

39.  Eastern Air Flow also received approximately $750,000 in HVAC and related equipment from Brock McVey, but failed to pay for the equipment.

40.  Based on sixty-nine job cost reports provided by Justin Todd Trout to the United States Trustee, after subtracting the cost of materials, direct employee salaries, and commission expenses from the price quoted to the customer, the HVAC installation jobs entered into by Eastern Air Flow had an average gross margin of approximately 41%.

41.  Justin Todd Trout has failed, and will fail, to explain how Eastern Air Flow's expenses (other than materials, supplies, commissions, and direct labor costs already included within the gross margin calculation) exceeded Eastern Air Flow's 41% gross profit percentage.

42.   Justin Todd Trout and Eastern Air Flow have failed, and will fail, to demonstrate how a profitable company owes over $1.4 million to various creditors.

   d.   *Eastern Air Flow's Unexplained Cash Withdrawals and Cash Transfers*

43.   On or around March of 2018, Eastern Air Flow started paying the vast majority of its suppliers, expenses, and employee salaries in cash, a distinct change from paying most of its expenses by credit card or check in the previous months.

44.   For example, based on limited bank statements provided by Justin Todd Trout to the United States Trustee, in May of 2018 approximately $123,300 of cash withdrawals were made on Easter Air Flow's bank accounts.

45.   Similarly, based on limited bank statements provided by Justin Todd Trout to the United States Trustee, in June of 2018 approximately $106,300 of cash withdrawals were made on Easter Air Flow's bank accounts.

46.   At his Rule 2004 Examination, when asked why Eastern Air Flow started paying the overwhelming majority of its expenses in cash, Justin Todd Trout stated that he "[doesn't] have a reason."

47.   Based on limited bank statements provided by Justin Todd Trout or Eastern Air Flow to the United States Trustee, Justin Todd Trout made numerous transfers to unknown bank accounts.

48.    For example, in September 2016, Justin Todd Trout made $80,500 in transfers to a bank account that, upon information and belief, is also controlled by Justin Todd Trout

49.    Similarly, in November 2016, Justin Todd Trout made $32,500 in transfers to a bank account that, upon information and belief, is also controlled by Justin Todd Trout.

50.    Upon information and belief, similar large transfers occurred in later months, but adequate bank statements have not been provided to the United States Trustee.

51.    Justin Todd Trout has failed, and will fail, to adequately explain the uses of the above-described cash withdrawals and cash transfers.

52.    Upon information and belief, significant portions of cash withdrawals and cash transfers described above were improperly diverted by Justin Todd Trout out of Eastern Air Flow for Justin Todd Trout's personal benefit, and such transfers were not disclosed within Eastern Air Flow or Justin Todd Trout's bankruptcy petitions.

III.    *Justin Todd Trout's Undisclosed Ownership or Transfer of Eastern Air Flow L.L.C. to his Spouse*

53.    According to Justin Todd Trout and through a review of Eastern Air Flow's bank statements, Eastern Air Flow's recorded sales began to decline around July or August of 2018.

9

54.    Shortly thereafter, on August 9, 2018, Taylor Trout allegedly filed Articles of Organization with the Secretary of State for the Commonwealth of Kentucky creating Eastern Air Flow of Kentucky LLC ("Eastern Air Flow of KY").

55.    Upon information and belief, Eastern Air Flow of KY began installing various HVAC systems and other equipment in October of 2018.

56.    According to Taylor Trout, between Eastern Air Flow of KY's opening in August of 2018, and the start of installations in October of 2018, various customers paid Eastern Air Flow of KY in advance for HVAC systems to be installed at a later date.

57.    Upon information and belief, the payments described in the immediately preceding paragraph were Eastern Air Flow of KY collecting Eastern Air Flow's accounts receivables.

58.    The street address for Eastern Air Flow of KY was listed as 3757 South Highway 23 in Prestonsburg, KY.

59.    On April 23, 2018, less than four months before the creation of Eastern Air Flow of KY, Justin Todd Trout changed the principal office of Eastern Air Flow to 3757 South Highway 23 in Prestonsburg, Kentucky.

60.    Eastern Air Flow of KY operates out of at least two of the same physical location as Eastern Air Flow, one in Richmond, Kentucky and another in Prestonsburg, Kentucky.

10

61.   Eastern Air Flow and Eastern Air Flow of KY have the exact same logo, with the only difference being "of Kentucky" in a small font added to the Eastern Air Flow of KY logo.

62.   Eastern Air Flow of KY uses the same Facebook page as Eastern Air Flow, and used pictures of Justin Todd Trout, work completed by Eastern Air Flow, and pictures of Eastern Air Flow's offices well after Eastern Air Flow of KY allegedly began operations.

63.   Eastern Air Flow of KY uses the same website as Eastern Air Flow, with only very minimal changes.

64.   Eastern Air Flow of KY's website listed Justin Todd Trout as the owner, included pictures of Justin Todd Trout, and directs the potential customer to Justin Todd Trout's Master HVAC license.

65.   Eastern Air Flow of KY employs essentially all of the employees previously employed by Eastern Air Flow.

66.   Eastern Air Flow of KY uses many of the exact same vehicles as Eastern Air Flow to conduct its business, as the following business vehicles were transferred by Eastern Air Flow or Justin Todd Trout to Taylor Trout or Eastern Air Flow of KY:

   a. 2003 Chevrolet Avalanche transferred from Justin Todd Trout to Taylor Trout on or around July 27, 2018 for no consideration;

b.  2006 Ford Econoline van transferred from Eastern Air Flow to
Taylor Trout on or around April 25, 2018 for no consideration;

c.  2007 Ford F-150 truck transferred from Justin Todd Trout to
Taylor Trout on or around April 25, 2018 for no consideration;

d.  2008 GMC Silverado transferred from Justin Todd Trout to
Taylor Trout on or around April 25, 2018 for no consideration;

e.  1998 Ford E142 van transferred from Justin Todd Trout to
Taylor Trout on or around April 25, 2018 for no consideration;
and a

f.  1996 Chevrolet Astro Van transferred from Justin Todd Trout to
Taylor Trout on or around April 25, 2018 for no consideration.

67.  According to Taylor Trout, the transfer of the vehicles listed in the
immediately preceding paragraph were a wedding present from Justin Todd
Trout to herself.

68.  As of Eastern Air Flow and Justin Todd Trout's respective
bankruptcy filings, the vehicles listed above were the debtors' most valuable
unencumbered assets.

69.  Upon information and belief, each of the vehicles listed in paragraph
66 was used for business purposes, both by Eastern Air Flow and Eastern Air
Flow of KY.

70. Before allegedly owning and operating Eastern Air Flow of KY, Taylor Trout worked as a cashier at Kroger, in child care at Harvest Christian Child Care, and was a sophomore studying psychology at Eastern Kentucky University.

71. Taylor Trout was never an employee of Eastern Air Flow.

72. Before allegedly owning and operating Eastern Air Flow of KY, Taylor Trout did not have any experience in the HVAC industry or in business ownership.

73. Eastern Air Flow of KY operates under Justin Todd Trout's master HVAC license.

74. Justin Todd Trout handles any official customer complaints against Eastern Air Flow of KY, and also handles various inspections required by the State of Kentucky for Eastern Air Flow of KY.

75. When a permit is required to complete various HVAC work, Justin Todd Trout's master HVAC licensed is used by Eastern Air Flow of KY.

76. Various permits obtained after Eastern Air Flow of KY was allegedly formed, and after Eastern Air Flow was allegedly closed, list Eastern Air Flow as the company obtaining the new HVAC permit and use Justin Todd Trout's master HVAC license.

77.    All official customer complaint forms filed with the Kentucky Department of Housing, Buildings, and Construction against Easter Air Flow of Kentucky list Justin Trout as the company's owner.

78.    Upon information and belief, Justin Todd Trout engages in significant additional work for Eastern Air Flow of KY.

79.    Eastern Air Flow of KY is a sham company, and is a continuation of Eastern Air Flow, making Justin Todd Trout the owner of the company referred to as Eastern Air Flow of KY.

80.    In the alternative, Justin Todd Trout transferred Eastern Air Flow to Taylor Trout for no consideration while he was insolvent.

IV.    *Justin Todd Trout's False Statements within his Bankruptcy Papers and at his § 341 Meeting of Creditors*

81.    Justin Todd Trout made at least the following false statements within his personal bankruptcy papers:

   a.    Failing to disclose his ownership of Eastern Air Flow of KY and Eastern Air Flow's true value on Schedule A/B.

   b.    On line 4.12 of schedule E/F, in response to a business debt with Ferguson Enterprises, Justin Todd Trout stated that "no assets were transferred [from Eastern Air Flow] to or used by [Eastern Air Flow of KY]."

   c.    On Schedule I, the Debtor lists his monthly gross income at $0.

d.  On Schedule I, the Debtor lists Taylor Trout's monthly gross income at $3,000.

e.  In response to question 4 of the Statement of Financial Affairs ("SOFA"), the Debtor claims that his total income was $0 in 2018, $37,064 in 2017 and $36,806 in 2016.

f.  In response to question 5 of the SOFA, the Debtor claims that he received an additional $2,000 from Eastern Air Flow in 2018, $4,319 in 2016, and $64 in 2016.

g.  In response to question 13 of the SOFA, which asks if "[w]ithin 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 to any person," to which Justin Todd Trout answered "No."

h.  In response to question 18 of the SOFA, which asks if "[w]ithin 2 years before you filed for bankruptcy. Did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs," to which Justin Todd Trout made various disclosures. In regards to Taylor Trout, Justin Todd Trout listed the transfer of two vehicles, a 2002 Chevrolet Avalanche and a 2007 Chevrolet 1500 truck. Justin Todd Trout failed to disclose his

transfer of at least six additional vehicles to Taylor Trout for no
consideration.

82.    On June 7, 2019, after the United States Trustee conducted an
examination of Taylor Trout, Justin Todd Trout filed an amended Statement
of Financial Affairs (ECF No. 49), which added various information regarding
vehicles transferred from Justin Todd Trout or Eastern Air Flow to Taylor
Trout, but still contained at least one false statements:

 a.    Changing SOFA question 18 from the transfer of a 2007
  Chevrolet 1500 to a 2008 GMC Silverado, and listing the
  vehicle's value at $500. Shortly after the transfer, the vehicle
  was involved in an automobile accident and the insurance
  company paid Taylor Trout $6,000 for the vehicle.

83.    Justin Todd Trout, as the designated representative of Eastern Air
Flow, made at least the following false statements within Eastern Air Flow's
bankruptcy petition:

 a.    Failing to disclose Eastern Air Flow's ownership of Eastern Air
  Flow of KY on Schedule A/B

 b.    On Schedule E/F, in response to Eastern Air Flow's debt with
  Ferguson Enterprises, Justin Todd Trout stated that the debt
  revolves around a "collection action filing in September 2018
  alleging fraudulent transfers to Eastern Air Flow of Kentucky,

LLC, recently incorporated and owned by Taylor M. Trout,
however, no assets were transferred to or used by it."

c. On the Statement of Financial Affairs ("SOFA") question 4,
Eastern Air Flow stated that it made no payments or transfers
of property to insiders within one year of the petition date.

d. On SOFA question 11, Eastern Air Flow claims to have paid
Bunch & Brock, PSC $3,500 in attorney's fees, when Eastern Air
Flow of KY actually paid the fees in the amount listed.

e. Eastern Air Flow listed only one payment to Best Choice Supply
in response to SOFA question 13, which asks the debtor to "[l]ist
any transfers of money or other property by sale, trade, or any
other means . . . within 2 years before the filing of this case to
another person, other than property transferred in the ordinary
course of business."

f. In response to SOFA question 18, which asked about closed
financial accounts, Eastern Air Flow only listed accounts with
Community Trust Bank and Citizens Bank.

g. In response to SOFA question 30, which asks the debtor to list
any "value in any form, including salary, other compensation,
draws, bonuses, loans, credit on loans, stock redemptions, and
options exercised" to an insider, Eastern Air Flow only listed

17

regular employee wages and $2,000 to Justin Todd Trout in 2017 and $2,000 to Justin Todd Trout in 2018.

84.   Justin Todd Trout, as the president and designated representative of Eastern Air Flow, made at least the following false oaths at Eastern Air Flow's § 341 Meeting:

    a.   testifying that the petition was true and correct, outside of minor amendments;

    b.   testifying that Eastern Air Flow only owns three vehicles: 2014 Ford F-150; 2013 Ford Transit Van; and 2014 Dodge Ram Promaster;

    c.   The chapter 7 trustee asked Justin Todd Trout if "Anything [was] transferred from [Eastern Air Flow] to another company," in which Justin Todd Trout answered "No."

    d.   The chapter 7 trustee asked Justin Todd Trout if he "has another company that is operating now," to which Justin Todd Trout answered "No."

    e.   Testifying that no parties owe Eastern Air Flow any money, outside of that listed within the bankruptcy petition.

    f.   A creditor asked Justin Todd Trout if he is working for Eastern Airflow of KY, to which he answered "No" and that he is "not collecting any payment from [Taylor Trout]."

g. In response to a question from the United States Trustee, Justin Todd Trout testified that Eastern Air Flow filed for bankruptcy primarily due to the failure of customers to pay amounts owed.

h. Testifying that his salary from Eastern Air Flow was $2,000 per year.

V.  *Justin Todd Trout Committed the Above Actions with Fraudulent Intent*

85.  Justin Todd Trout committed the actions described within this complaint with fraudulent intent, as evidenced by the existence of essentially every badge of fraud, including:

a. Justin Todd Trout transferred significant property to an insider;

b. Justin Todd Trout concealed the transfers to the insider;

c. Before Justin Todd Trout's concealed these transfers, he had been sued by numerous parties;

d. Justin Todd Trout transferred substantially all of his valuable assets to the insider;

e. Justin Todd Trout removed and concealed assets from both his and Eastern Air Flow's bankruptcy estates;

f. Justin Todd Trout transferred essentially all of his assets to an insider for no consideration;

g. Justin Todd Trout was insolvent at the time of the transfers to the insider; and

h.  Justin Todd Trout's transfers occurred shortly before the filing
of both his own, and Eastern Air Flow's, bankruptcy cases.

**Count 1: False Oaths—bankruptcy filing (11 U.S.C. § 727(a)(4))**

86.  Plaintiff incorporates the allegations in paragraphs 1 through 85 by
reference.

87.  Justin Todd Trout made the following false oaths in his Schedules:

a.  Failing to disclose his ownership of Eastern Air Flow of KY and
Eastern Air Flow's true value on Schedule A/B

b.  On line 4.12 of schedule E/F, in response to a business debt with
Ferguson Enterprises, Justin Todd Trout stated that "no assets
were transferred [from Eastern Air Flow] to or used by [Eastern
Air Flow of KY]."

c.  On Schedule I, the Debtor lists his monthly gross income at $0.

d.  On Schedule I, the Debtor lists Taylor Trout's monthly gross
income at $3,000.

e.  In response to question 4 of the Statement of Financial Affairs
("SOFA"), the Debtor claims that his total income was $0 in
2018, $37,064 in 2017 and $36,806 in 2016.

f.  In response to question 5 of the SOFA, the Debtor claims that he
received $2,000 from Eastern Air Flow in 2018, $4,319 in 2016,
and $64 in 2016.

g.  In response to question 13 of the SOFA, which asks if "[w]ithin 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 to any person," to which Justin Todd Trout answered "No."

h.  In response to question 18 of the SOFA, which asks if "[w]ithin 2 years before you filed for bankruptcy. Did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs," to which Justin Todd Trout made various disclosures. In regards to Taylor Trout, Justin Todd Trout listed the transfer of two vehicles, a 2002 Chevrolet Avalanche and a 2007 Chevrolet 1500 truck. Justin Todd Trout failed to disclose his transfer of at least six additional vehicles to Taylor Trout for no consideration.

88.  Any of the above false oaths, standing alone, are material.

89.  Justin Todd Trout made the foregoing statements knowingly and fraudulently, or with a reckless disregard for the truth, in his bankruptcy case.

**Count 2: Concealment (11 U.S.C. § 727(a)(2)(A))**

90.  Plaintiff incorporates the allegations in paragraphs 1 through 85 by reference.

91.   By failing to list his interest in Eastern Air Flow of KY, Justin Todd Trout concealed this interest.

92.   By failing to disclose significant salaries, cash withdrawals, payment of personal expenses, and other related benefits from Eastern Air Flow to Justin Todd Trout or another inside, Justin Todd Trout concealed these interests.

93.   Justin Todd Trout concealed these interests within one year before his bankruptcy filing with the intent to hinder, delay, or defraud creditors or the trustee.

**Count 3: False Oaths—testimony (11 U.S.C. § 727(a)(4))**

94.   Plaintiff incorporates the allegations in paragraphs 1 through 85 by reference.

95.   Upon information and belief, at his § 341 Meeting of Creditors, Justin Todd Trout testified that the personal injury vehicle accident claim listed within his petition has low value. In actuality, the personal injury claim is likely a very valuable asset.

96.   Justin Todd Trout falsely testified under oath at his Rule 2004 examination as follows:

a.   Stating that as of the date of the Rule 2004 Examination, his petition was true and correct after any amendments that were filed.

b.  Stating that Eastern Air Flow filed for bankruptcy primarily
due to its inability to collect accounts receivables.

c.  Stating that all of the income received from HVAC and other
related work was deposited into business bank accounts, and not
other accounts controlled by an insider or kept as cash for the
benefit of an insider.

d.  When asked "what is your current employment," Justin Todd
Trout replied that he is "not employed."

e.  Stating that he does not do any HVAC installations for Eastern
Air Flow of KY.

f.  When asked about assets transferred from Eastern Air Flow or
himself personally to Eastern Air Flow of KY or Taylor Trout,
Justin Todd Trout stated that nothing was transferred except
for that listed in his bankruptcy petition.

g.  Stating that a 2008 GMC Silverado transferred from Justin
Todd Trout to Taylor Trout had a $500 value at the time of the
transfer.

h.  Stating that no accounts receivable were transferred from
Eastern Air Flow to Eastern Air Flow of KY.

    i.   Stating that he does not know why Eastern Air Flow's federal income tax returns for 2015–2017 show cumulative profits, but the company owes in excess of $1,000,000 to creditors.

    j.   Stating that the vehicle transfers from Justin Todd Trout or Eastern Air Flow to Taylor Trout were a wedding present.

    k.   Stating that Justin Todd Trout took no actions to transfer the Eastern Air Flow Facebook account to Taylor Trout.

    l.   Stating that Justin Todd Trout has never held himself out as the owner of Eastern Air Flow of KY.

97.   Any of the false oaths described above, standing alone, are material.

98.   Justin Todd Trout made the foregoing statements knowingly and fraudulently, or with a reckless disregard for the truth, in his bankruptcy case.

**Count 4: Transfers (11 U.S.C. § 727(a)(2)(A))**

99.   Plaintiff incorporates the allegations in paragraphs 1 through 85 by reference.

100. Justin Todd Trout concealed the alleged transfer of Eastern Air Flow to his spouse, Taylor Trout.

101. Justin Todd Trout concealed the transfer of the following vehicles to Taylor Trout:

a.   2003 Chevrolet Avalanche transferred from Justin Todd Trout
to Taylor Trout on or around July 27, 2018 for no consideration;

b.   2006 Ford Econoline van transferred from Eastern Air Flow to
Taylor Trout on or around April 25, 2018 for no consideration;

c.   2007 Ford F-150 truck transferred from Justin Todd Trout to
Taylor Trout on or around April 25, 2018 for no consideration;

d.   2008 GMC Silverado transferred from Justin Todd Trout to
Taylor Trout on or around April 25, 2018 for no consideration;

e.   1998 Ford E142 van transferred from Justin Todd Trout to
Taylor Trout on or around April 25, 2018 for no consideration;
and a

f.   1996 Chevrolet Astro Van transferred from Justin Todd Trout to
Taylor Trout on or around April 25, 2018 for no consideration.

102. Said transfers occurred within one year before Justin Todd Trout's
bankruptcy filing with the intent to hinder, delay, or defraud creditors.

**Count 5: Failure to Explain (11 U.S.C. § 727(a)(5))**

103. Plaintiff incorporates the allegations in paragraphs 1 through 85 by
reference.

104. Upon information and belief, Justin Todd Trout has failed and will
fail to explain satisfactorily the loss or deficiency of assets to meet his
liabilities.

**Count 6: Failure to Maintain Records (11 U.S.C. § 727(a)(3))**

105. Plaintiff incorporates the allegations in paragraphs 1 through 85 by reference.

106. Upon information and belief, Justin Todd Trout has concealed, destroyed, mutilated, falsified, or failed to keep or preserve recorded information from which his financial condition or business transactions might be ascertained.

107. Said failure is not justified under the circumstances of this case.

**Count 7: Concealment In Connection with Another Case (11 U.S.C. § 727(a)(7))**

108. Plaintiff incorporates the allegations in paragraphs 1 through 85 by reference.

109. Justin Todd Trout, in connection with Eastern Air Flow's bankruptcy case, failed to list either his own or Eastern Air Flow's ownership of Eastern Air Flow of KY.

110. Justin Todd Trout, in connection with Eastern Air Flow's bankruptcy case, failed to disclose significant salaries, cash withdrawals, payment of personal expenses, and other related benefits Eastern Air Flow paid to Justin Todd Trout or other insiders, and therefore concealed these interests.

111. Justin Todd Trout concealed these interests on or within one year before the date of the filing of the petition, or during the case, in connection with another case.

**Count 8: Transfers In Connection with Another Case (11 U.S.C. § 727(a)(7))**

112. Plaintiff incorporates the allegations in paragraphs 1 through 85 by reference.

113. Justin Todd Trout, in connection with Eastern Air Flow's bankruptcy case, concealed the alleged transfer of Eastern Air Flow to his spouse, Taylor Trout.

114. Justin Todd Trout, in connection with Eastern Air Flow's bankruptcy case, concealed the transfer of the following vehicles to Taylor Trout:

a. 2003 Chevrolet Avalanche transferred from Justin Todd Trout to Taylor Trout on or around July 27, 2018 for no consideration;

b. 2006 Ford Econoline van transferred from Eastern Air Flow to Taylor Trout on or around April 25, 2018 for no consideration;

c. 2007 Ford F-150 truck transferred from Justin Todd Trout to Taylor Trout on or around April 25, 2018 for no consideration;

d. 2008 GMC Silverado transferred from Justin Todd Trout to Taylor Trout on or around April 25, 2018 for no consideration;

e. 1998 Ford E142 van transferred from Justin Todd Trout to Taylor Trout on or around April 25, 2018 for no consideration;

f. 1996 Chevrolet Astro Van transferred from Justin Todd Trout to Taylor Trout on or around April 25, 2018 for no consideration.

115. Justin Todd Trout concealed these transfers on or within one year before the date of the filing of the petition, or during the case, in connection with another case.

## Count 9: Failure to Maintain Records In Connection With Another Case (11 U.S.C. § 727(a)(7))

116. Plaintiff incorporates the allegations in paragraphs 1 through 85 by reference.

117. Upon information and belief, Justin Todd Trout, in connection with Eastern Air Flow's bankruptcy case, has concealed, destroyed, mutilated, falsified, or failed to keep or preserve recorded information from which his or Eastern Air Flow's financial condition or business transactions might be ascertained.

118. Justin Todd Trout concealed, destroyed, mutilated, falsified or failed to keep or preserve recorded information on or within one year before the date of the filing of the petition, or during the case, in connection with another case.

## Count 10: False Oaths – Bankruptcy Filing In Connection With Another Case (11 U.S.C. § 727(a)(7))

119. Plaintiff incorporates the allegations in paragraphs 1 through 85 by reference.

120. Justin Todd Trout, in connection with Eastern Air Flow's bankruptcy case, made the following false oaths in Eastern Air Flow's schedules:

a. Failing to disclose Eastern Air Flow's ownership of Eastern Air Flow of KY on Schedule A/B.

b. On Schedule E/F, in response to Eastern Air Flow's debt with Ferguson Enterprises, Justin Todd Trout stated that the debt revolves around a "collection action filing in September 2018 alleging fraudulent transfers to Eastern Air Flow of Kentucky, LLC, recently incorporated and owned by Taylor M. Trout, however, no assets were transferred to or used by it."

c. On the Statement of Financial Affairs ("SOFA") question 4, Eastern Air Flow stated that it made no payments or transfers of property to insiders within one year of the petition date.

d. On SOFA question 11, Eastern Air Flow claims to have paid Bunch & Brock, PSC $3,500 in attorney's fees, when the amount was paid by Eastern Air Flow of KY.

e. Eastern Air Flow listed only one payment to Best Choice Supply in response to SOFA question 13, which asks the debtor to "[l]ist any transfers of money or other property by sale, trade, or any other means . . . within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business."

    f.   In response to SOFA question 18, which asked about closed financial accounts, Eastern Air Flow only listed accounts with Community Trust Bank and Citizens Bank.

    g.   In response to SOFA question 30, which asks the debtor to list any "value in any form, including salary, other compensation, draws, bonuses, loans, credit on loans, stock redemptions, and options exercised" to an insider, Eastern Air Flow only listed regular employee wages and $2,000 to Justin Todd Trout in 2017 and $2,000 to Justin Todd Trout in 2018.

121. Any of the above false statements, standing alone, are material.

122. Justin Todd Trout, in connection with Eastern Air Flow's bankruptcy case, made the foregoing statements knowingly and fraudulently, or with a reckless disregard for the truth, in Eastern Air Flow's bankruptcy case.

123. Justin Todd Trout made the foregoing false statements on or within one year before the date of the filing of the petition, or during the case, in connection with another case.

## Count 11: False Oaths – Testimony In Connection With Another Case (11 U.S.C. § 727(a)(7))

124. Plaintiff incorporates the allegations in paragraphs 1 through 85 by reference.

125. Justin Todd Trout, in connection with Eastern Air Flow's bankruptcy case, made the following false oaths during Eastern Air Flow's meeting of creditors:

a.   Stating that Eastern Air Flow's petition was true and correct, outside of minor amendments;

b.   Claiming that Eastern Air Flow only owns three vehicles: 2014 Ford F-150; 2013 Ford Transit Van; and 2014 Dodge Ram Promaster;

c.   The chapter 7 trustee asked Justin Todd Trout if "Anything transferred from [Eastern Air Flow] to another company," in which Justin Todd Trout answered "No."

d.   The chapter 7 trustee asked Justin Todd Trout if he "has another company that is operating now," to which Justin Todd Trout answered "No."

e.   Claiming that no parties owe Eastern Air Flow any money, outside of that listed within the bankruptcy petition.

f.   A creditor asked Justin Todd Trout if he is working for Eastern Airflow of KY, to which he answered "No" and that he is "not collecting any payment from [Taylor Trout]."

g.  In response to a question from the United States Trustee, Justin

Todd Trout claimed that Eastern Air Flow filed for bankruptcy

primarily due to the failure of customers to pay amounts owed.

h.  Claiming that his salary from Eastern Air Flow was $2,000 per

year.

126. Any of the false oaths described above, standing alone, are material.

127. Justin Todd Trout, in connection with Eastern Air Flow's bankruptcy

case, made the foregoing statements knowingly and fraudulently, or with a

reckless disregard for the truth.

128. Justin Todd Trout made the foregoing false oaths on or within one

year before the date of the filing of the petition, or during the case, in

connection with another case.

## Count 12: Failure to Explain In Connection With Another Case (11 U.S.C. § 727(a)(7))

129. Plaintiff incorporates the allegations in paragraphs 1 through 85 by

reference.

130. Upon information and belief, Justin Todd Trout, in connection with

Eastern Air Flow's bankruptcy case, has failed and will fail to explain

satisfactorily the loss or deficiency of Eastern Air Flow's assets to meet its

liabilities.

131. Justin Todd Trout has failed and will fail to satisfactorily the loss or

deficiency of Eastern Air Flow's assets to meet its liabilities on or within one

year before the date of the filing of the petition, or during the case, in

connection with another

*   *   *

WHEREFORE, the United States Trustee respectfully requests that

judgment be entered against Justin Todd Trout denying his discharge.

Dated: August 8, 2019                    **Paul A. Randolph**
                                         Acting United States Trustee

                                         By:*/s/ Bradley M. Nerderman*
                                             John L. Daugherty
                                             Assistant U.S. Trustee
                                             Rachelle C. Dodson
                                             Bradley M. Nerderman
                                             Trial Attorneys
                                             Office of the U.S. Trustee
                                             100 E. Vine St., Suite 500
                                             Lexington, KY 40507
                                             (859) 233-2822