# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF KENTUCKY
### Pikeville Division

IN RE:

JUSTIN TODD TROUT

CASE NO.        18-70695-GRS

DEBTOR.

CHAPTER 7

## DISCLOSURE OF FEES OF COUNSEL FOR DEBTOR

Notice is hereby given pursuant to 11 U.S.C. § 329(b) and Fed.R.Bankr.P. 2016(b) that McBrayer PLLC, as counsel for the Debtor, received a retainer payment of $2,500.00 from Eastern Air Flow of Kentucky, LLC on September 4, 2019, for services rendered and/or to be rendered to the Debtor in connection with this bankruptcy case. McBrayer PLLC has not shared or agreed to share the above-described compensation with any other person or entity.

By:   */s/ Douglas T. Logsdon*
      Douglas T. Logsdon
      MCBRAYER PLLC
      201 East Main Street, Suite 900
      Lexington, Kentucky 40507
      Telephone: (859) 231.8780
      Facsimile: (859) 281.1552
      Email: dlogson@mmlk.com
      **ATTORNEYS FOR JUSTIN TODD TROUT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of September, 2019, a true and correct copy of the foregoing document was served via the Court's ECF notification system.

*/s/ Douglas T. Logsdon*
Douglas T. Logsdon

4826-6206-5828, v. 1

1